UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ELIOT I. BERNSTEIN, *et al.*,

                              **Plaintiffs,**

      - against -

APPELLATE DIVISION FIRST
DEPARTMENT DISCIPLINARY
COMMITTEE *et al.*,

                              **Defendants.**
------------------------------------------------------- X

<u>ORDER</u>

07 Civ. 11196 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The Court has received a thirteen-page fax from plaintiffs. The Court's Individual Rules and Procedures prohibit transmission of facsimiles in excess of three pages without the prior consent of chambers. Plaintiffs are cautioned to abide by the Individual Rules and Procedures, which can be found on the Southern District of New York website (http://www.nysd.uscourts.gov).

        Plaintiffs are again reminded that pursuant to Standing Order M10-468, all communications with the Court, including all motions and letters, are to be directed to the Court's Pro Se Office, not to chambers. The Pro Se office can be reached by telephone at (212) 805-0175 and by mail at 500 Pearl Street, New York, NY 10007-1312. Violation of the Standing Order may lead to a finding of contempt of court.

Plaintiffs have requested reconsideration of the Court's Order dated March 7, 2008. The Court declines to revisit its earlier decision. Plaintiffs have also requested legal advice on several topics. The Court does not give legal advice to parties. Plaintiffs have requested that the Court notify the appropriate authorities of defendants' alleged criminal misconduct. At this early stage of the litigation, such notification would be both inappropriate and premature. Finally, plaintiffs have requested permission to make use of the Court's electronic case filing and case management system. At this time, permission to do so is denied. Any further consideration of the substantive issues raised by plaintiffs, including plaintiffs' requests regarding conflicts of interest, must await the resolution of anticipated motions to dismiss.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 21, 2008

## - Appearances -

**Plaintiffs (pro se):**

Eliot I. Bernstein
39 Little Avenue
Red Bluff, California 96080
(530) 529-4410

P. Stephen Lamont
35 Locust Avenue
Rye, New York 10580
(914) 217-0038

**For the State of New York:**

Monica Connell
Assistant Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8610

**For Defendants Krane, Rubenstein, the Estate of Stephen Kaye, and Proskauer Rose, LLP:**

Joanna Smith, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036
(212) 969-3437