UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
ELIOT I. BERNSTEIN, *et al.*,

                Plaintiffs,

   - against -

APPELLATE DIVISION FIRST
DEPARTMENT DISCIPLINARY
COMMITTEE *et al.*,

                Defendants.
------------------------------------------------ X

**ORDER**

07 Civ. 11196 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       All defendants that seek to move to dismiss must so move and submit memoranda of law no later than May 30, 2008. Plaintiffs' response is due on June 30, 2008. Defendants' reply, if any, is due on July 14, 2008. The parties are reminded that the restrictions on page limits and exhibits detailed in the Court's Individual Rules and Procedures are in effect, and memoranda of law that do not comply with these Rules will be rejected.

                                                    SO ORDERED:

                                                      Shira A. Scheindlin
                                                      U.S.D.J.

Dated:     New York, New York
             March 24, 2008

## - Appearances -

**Plaintiffs (pro se):**

Eliot I. Bernstein
39 Little Avenue
Red Bluff, California 96080
(530) 529-4410

P. Stephen Lamont
35 Locust Avenue
Rye, New York 10580
(914) 217-0038

**For the State of New York:**

Monica Connell
Assistant Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8610

**For Defendants Krane, Rubenstein, the Estate of Stephen Kaye, and Proskauer Rose, LLP:**

Joanna Smith, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036
(212) 969-3437

**For Defendants Boggs, Marvin, Hoffman, Turner, and the Florida Bar:**

Glenn T. Burhans, Jr., Esq.
Greenberg Traurig, LLP
101 East College Ave.
Tallahassee, Florida 32301
(850) 521-8570