UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ELIOT I. BERNSTEIN, et al.,                 :
                                            :
                      Plaintiffs,           :          Civil Action Number
                                            :          07 Civ. 11196 (SAS)
                                            :
            -against-                       :
                                            :
APPELLATE DIVISION FIRST                    :          **NOTICE OF APPEARANCE**
DEPARTMENT DISCIPLINARY                     :
COMMITTEE, et al.,                          :
                                            :
                      Defendants.           :

------------------------------------------------------x

To the Clerk of the Court and All Parties of Record:

        PLEASE TAKE NOTICE that FRIED & EPSTEIN LLP, 1350 Broadway, Suite

1400, New York, New York, 10018, Tel: (212) 268-7111, by John W. Fried, appears on

behalf of defendant Raymond A. Joao.

        I certify that I am admitted to practice law in this Court.

Dated: New York, New York
       March 25, 2008

                                                FRIED & EPSTEIN LLP


                                                By: _____
                                                    John W. Fried (JF2667)

                                                1350 Broadway, Suite 1400
                                                New York, New York 10018
                                                (212) 268-7111

                                                *Attorneys for Defendant*
                                                *Raymond A. Joao*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

     MAUREEN BIAGI, being duly sworn, deposes and says:
     I am not a party to this action, and I am over 18 years of age. On March 25, 2008, I
served the annexed Notice of Appearance, dated March 25, 2008, by enclosing same in a post-
paid (First Class U.S. Mail) envelope, and by placing that envelope in an official depository of
the United States Postal Service within the State of New York, properly addressed to the
following attorney of record for the party in this matter:

               Eliot I. Bernstein
               39 Little Avenue
               Red Bluff CA 96080

               P. Stephen Lamont
               35 Locust Avenue
               Rye NY 10580

               Monica Connell
               Assistant Attorney General for the State of NY
               120 Broadway
               New York NY 10271

               Joanna Smith, Esq.
               Proskauer Rose, LLP
               1585 Broadway
               New York NY 10036

               Glenn T. Burhans, Jr., Esq.
               Greenberg Traurig, LLP
               101 East College Avenue
               Tallahassee FL 32301

                                          _____
                                          MAUREEN BIAGI

Sworn to before me this
25th day of March, 2008.

_____
Notary Public
MICHAEL CARMODY
Notary Public, State of New York
No. 02CA5024046
Qualified in Westchester County
Commission Expires Feb. 22, 20 1 _

                                      1