## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
PAUL J. FISHMAN
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
ANDREW W. SCHILLING
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
MALA AHUJA HARKER

1633 BROADWAY
NEW YORK, NY 10019-6708

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1244

WRITER'S DIRECT FAX
(212) 373-7944

E-MAIL
KANKER@FKLAW.COM

HARVEY WEISSBARD
NORMAN ALPERT
MARC N. EPSTEIN
ANDREW A. QUARTNER
COUNSEL
LISA S. GETSON
GAURAV I. SHAH
ASAF REINDEL
JOHN N. ORSINI
JEFFREY R. WANG
CHAD B. PIMENTEL
MYRIAM FORD
SHIRA D. WEINER
JOSHUA D. JACOBSON
CHAD M. LEICHT
JASON C. RUBINSTEIN
JONATHAN GOTTFRIED
BARBARA GRAVES-POLLER
MICHAEL A. GORDON
DANYA SHOCAIR REDA
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
NIKETH VELAMOOR
DANIEL R. GREENBERG
DAVID N. SLARSKEY
KEVIN S. HAEBERLE

March 28, 2008

**BY HAND**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 620
New York, NY 10007

Re: *Bernstein, et al. v. Appellate Division, First Department Departmental Disciplinary Committee, et al.*, Index No. 07 Civ. 11196 (SAS)

Dear Judge Scheindlin:

Our firm represents defendants Foley & Lardner LLP, Steven C. Becker, Douglas A. Boehm, William J. Dick, and Michael W. Grebe in the above-captioned matter. Foley & Lardner LLP is not representing itself or its current and former employees and has not appeared in this matter. As of yesterday, Acknowledgements of Receipt of Summons and Complaint have been timely returned to the United States Marshal's office on behalf of each of our clients. We understand that by Order dated March 7, 2008, Your Honor granted certain defendants until May 30, 2008 to move or answer. We respectfully request that we be granted the same extension of time to respond to plaintiffs' complaint.

Respectfully submitted,

Kent K. Anker

cc: Eliot I. Bernstein (Via U.S. Mail)
P. Stephen Lamont (Via U.S. Mail)
Monica Connell, Esq. (Via U.S. Mail)
Joanna Smith, Esq. (Via U.S. Mail)

597010.1

*Handwritten endorsement:* Defendants' request is granted. Plaintiffs' response is due June 30, 2008. Defendants' reply is due July 14, 2008. So Ordered.

Date: New York, New York
March 28, 2008

Shira A. Scheindlin
U.S.D.J.