UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- X

ELIOT I. BERNSTEIN, *et al.*,

                               **Plaintiffs,**

       - against -

APPELLATE DIVISION FIRST
DEPARTMENT DISCIPLINARY
COMMITTEE, *et al.*,

                              **Defendants.**

-------------------------------------------------- X

**ORDER**

**07 Civ. 11196 (SAS)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

By Order dated March 21, 2008, this Court cautioned all pro se plaintiffs that "pursuant to Standing Order M10-468, all communications with the Court, including all motions and letters, are to be directed to the Court's Pro Se Office, not to chambers. Violation of the Standing Order may lead to a finding of contempt of court." The Court has received a document styled "Opposition to Defendants Motion to Dismiss" from plaintiffs. This document was apparently sent directly to chambers, not to the Court's Pro Se Office. Because plaintiffs have failed to comply with the Standing Order and with this Court's previous Order, this document is rejected. If plaintiffs seek to file a motion, oppose a motion, or communicate with the Court in any way, they must do so through the Court's Pro Se Office. The Pro Se Office can be reached by telephone at (212)

805-0175 and by mail at 500 Pearl Street, New York, NY 10007-1312. Plaintiffs

are again cautioned that violation of the Standing Order or of this Court's Orders

may lead to a finding of contempt of court.

Pursuant to the Order dated March 21, 2008, any further

consideration of the substantive issues raised by plaintiffs, including plaintiffs'

requests regarding conflicts of interest, must await the resolution of anticipated

motions to dismiss. The Court notes that pursuant to the Order dated March 24,

2008, the time for all defendants to move to dismiss has been extended to May 30,

2008. Plaintiffs' response is due by June 30, 2008. Defendants' reply, if any, is

due by July 14, 2008. The parties are reminded that the restrictions on page limits

and exhibits detailed in the Court's Individual Rules and Procedures are in effect,

and memoranda of law that do not comply with these Rules will be rejected.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            April 8, 2008

- Appearances -

**Plaintiffs (pro se):**

Eliot I. Bernstein
39 Little Avenue
Red Bluff, California 96080
(530) 529-4410

P. Stephen Lamont
35 Locust Avenue
Rye, New York 10580
(914) 217-0038

**For the State of New York:**

Monica Connell
Assistant Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8610

**For Defendant Joao:**

John Walter Fried, Esq.
1350 Broadway, Suite 1400
New York, New York 10018
(212) 268-7111

**For Defendants Krane, Rubenstein, the Estate of Stephen Kaye, and
Proskauer Rose, LLP:**

Joanna Smith, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036
(212) 969-3437