UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
ELIOT I. BERNSTEIN, *et al.*,

                Plaintiffs,

  - against -

APPELLATE DIVISION FIRST
DEPARTMENT DISCIPLINARY
COMMITTEE, *et al.*,

                Defendants.
------------------------------------------------------ X

**ORDER**

07 Civ. 11196 (SAS)

DOC #: _____
DATE FILED: 4/15/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The Court has received plaintiffs' request to file an Amended Complaint. Plaintiffs' request is granted. The Amended Complaint must be filed no later than May 10, 2008. Notwithstanding the filing of the Amended Complaint, defendants' deadline to move to dismiss or file an Answer remains May 30, 2008. Plaintiffs' response remains due on June 30, 2008. Defendants' reply, if any, remains due on July 14, 2008. The parties are again reminded that the restrictions on page limits and exhibits detailed in the Court's Individual Rules and Procedures are in effect, and memoranda of law that do not comply with these Rules will be rejected.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 14, 2008

- Appearances -

**Plaintiffs (pro se):**

Eliot I. Bernstein
39 Little Avenue
Red Bluff, California 96080
(530) 529-4410

P. Stephen Lamont
35 Locust Avenue
Rye, New York 10580
(914) 217-0038

**For the State of New York:**

Monica Connell
Assistant Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8610

**For Defendant Joao:**

John Walter Fried, Esq.
1350 Broadway, Suite 1400
New York, New York 10018
(212) 268-7111

**For Defendants Krane, Rubenstein, the Estate of Stephen Kaye, and Proskauer Rose, LLP:**

Joanna Smith, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036
(212) 969-3437