UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

ELIOT I. BERNSTEIN, *et al.*,

                Plaintiffs,

- against -

APPELLATE DIVISION FIRST
DEPARTMENT DISCIPLINARY
COMMITTEE *et al.*,

                Defendants.
------------------------------------------------------------ X

**ORDER**

07 Civ. 11196 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Service of any amended complaint shall be stayed until such time as the scheduled motions to dismiss have been decided. Accordingly, the time for newly named defendants to respond to the Complaint is hereby stayed until after the Court has ruled on those motions. This Order is subject to reconsideration upon receipt of opposition, if any, from plaintiffs.

      SO ORDERED:

      *[signature]*
      Shira A. Scheindlin
      U.S.D.J.

Dated:    New York, New York
               May 9, 2008

- Appearances -

**Plaintiffs (pro se):**

Eliot I. Bernstein
39 Little Avenue
Red Bluff, California 96080
(530) 529-4410

P. Stephen Lamont
35 Locust Avenue
Rye, New York 10580
(914) 217-0038

**For the State of New York:**

Monica Connell
Assistant Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8610

**For Defendants Krane, Rubenstein, the Estate of Stephen Kaye, and Proskauer Rose, LLP:**

Gregg M. Mashberg, Esq.
Joanna Smith, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036
(212) 969-3437

**For Defendants Boggs, Marvin, Hoffman, Turner, and the Florida Bar:**

Glenn T. Burhans, Jr., Esq.
Greenberg Traurig, LLP
101 East College Ave.
Tallahassee, Florida 32301
(850) 521-8570