UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                )
ELIOT I. BERNSTEIN, et al.,                     )
                                                )
                        Plaintiffs,             )   Case Number: 07 Civ. 11196 (SAS)
                                                )
        - against -                             )   **ORDER**
                                                )
APPELLATE DIVISION FIRST                        )
DEPARTMENT DISCIPLINARY                         )
COMMITTEE, et al.,                              )
                                                )
                        Defendants.             )
                                                )
------------------------------------------------------------------- x

*ELECTRONICALLY FILED*
*DATE FILED: 5/13/08*

The Motion for Attorney Admission Pro Hac Vice seeking the admission of Stephen M. Hall, pursuant to Local Civil Rule 1.3(c) to appear as counsel for the Virginia defendants in this action is granted, and Mr. Hall is so admitted, pro hac vice.

United States District Judge

Dated: New York, New York
       April ___, 2008
       May 13

-4-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
)
ELIOT I. BERNSTEIN, et al.,                )
                                           )
                        Plaintiffs,        )   Case Number: 07 Civ. 11196 (SAS)
                                           )
        - against -                        )   **MOTION FOR ATTORNEY**
                                           )   **ADMISSION PRO HAC VICE**
APPELLATE DIVISION FIRST                   )
DEPARTMENT DISCIPLINARY                    )
COMMITTEE, et al.,                         )
                                           )
                        Defendants.        )
------------------------------------------------------------------ X

      The undersigned Monica A. Connell, an attorney in good standing of the bar of this court, hereby moves the admission *pro hac vice* of undersigned Stephen M. Hall pursuant to Local Civil Rule 1.3(c), to appear as counsel for defendants Noel Sengel, Mary W. Martelino, Andrew H. Goodman and the Virginia State Bar (the "Virginia Bar Defendants").

      Mr. Hall is employed as an Assistant Attorney General in the Office of the Attorney General of Virginia and is a member in good standing of the bars of Virginia and the District of Columbia. Appended hereto are certificates of good standing from these courts issued within the last thirty days, attesting that Mr. Hall has been admitted to practice in Virginia since 1999, and admitted to practice in the District of Columbia since 2000. There are no pending disciplinary actions against Mr. Hall in any federal or state court.

Dated:          New York, New York
                   April 23, 2008

Respectfully submitted,
ANDREW M. CUOMO
Attorney General of the
State of New York
<u>Attorney for Defendants</u>

By: *[signature]*

MONICA A. CONNELL (MC 9841)
Assistant Attorney General
120 Broadway, 24th Floor
New York, NY 10271
(212) 416-8965

and

*[signature]*

STEPHEN M. HALL
Assistant Attorney General III
Office of the Attorney General
900 E. Main Street
Richmond, VA 23219
(804) 786-2071
Facsimile: (804) 371-2087



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**STEPHEN M. HALL**

was on the 8TH day of MAY, 2000 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 7, 2008.
>
> GARLAND PINKSTON, JR., CLERK
>
> By: *N. Charles*
>       Deputy Clerk

# VIRGINIA STATE BAR



## CERTIFICATE OF GOOD STANDING

*This is to certify that **STEPHEN MICHAEL HALL** is an active member of the Virginia State Bar in good standing. **MR. HALL** was licensed to practice law in Virginia on **OCTOBER 14, 1999**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.*

*Issued April 14, 2008*

Karen A. Gould
Executive Director and
Chief Operating Officer

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ELIOT I. BERNSTEIN, et al.,
                                          07 Cv. 11196 (SAS)
                Plaintiffs,

        -against-

APPELLATE DIVISION FIRST DEPARTMENT       DECLARATION OF SERVICE
DEPARTMENTAL DISCIPLINARY COMMITTEE,
et al.,

                Defendants.

------------------------------------X
```

MONICA CONNELL, being duly sworn, deposes and says:

1.  I am an attorney admitted to the bar of this Court and an Assistant Attorney General in the office of ANDREW M. CUOMO, the Attorney General of the State of New York, Attorney for the State defendants in the above-referenced action.

2.  On the 24th day of April, 2008, I served the accompanying Motion for Admission Pro Hac Vice upon all parties herein as set firth below:

Eliot I. Bernstein
39 Little Avenue
Red Bluff, CA 96080

P. Stephen Lamont
35 Locust Avenue
Rye, NY 10580

Gregg Mashberg, Esq.
Proskauer Rose
1585 Broadway
New York, NY 10036-8299

Kent K. Anker, Esq.
Friedman Kaplan Seiler &
Adelman LLP
1633 Broadway, 46th Floor
New York, NY 10019

John W. Fried, Esq.
Fried & Epstein LLP
1350 Broadway, Suite 1400
New York, New York 10018

Stephen M. Hall
Assistant Attorney General
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

by enclosing the same in properly addressed, postage paid envelopes and depositing the same in a box maintained by the United States Postal Service at 120 Broadway, New York, New York for delivery.

Dated:   New York, New York
         April 24, 2008

                                        _____
                                        MONICA CONNELL