UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ELIOT I. BERNSTEIN, INDIVIDUALLY,
et. al.                                               :
                Plaintiffs,
                                     :
  -against-                             **AFFIDAVIT OF SERVICE**

                                        :   **Docket No.: 07 CV 11196**

APPELLATE DIVISION, FIRST DEPARTMENT,
et. al.                                               :

                Defendants.    :
---------------------------------------------------------X

STATE OF NEW YORK )
                      ) ss:
COUNTY OF NASSAU )

    Carolyn A. Best, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over 18 years of age and resides at Westbury, New York.

    That on the 30th day of May, 2008 deponent served the **NOTICE OF CROSS-MOTION WITH AFFIDAVIT** upon:

Eliot I. Bernstein
Plaintiff Pro-Se
39 Little Avenue
Red Bluff, CA  96080

P. Stephen Lamont
Plaintiff Pro-Se
35 Locust Avenue
Rye, NY  10580

Monica Connell, Esq.
Assistant Attorney General
The State of New York
120 Broadway
New York, NY  10271

434105-1

Gregg M. Mashberg, Esq.
Joanna Smith, Esq.
Proskauer Rose, LLP
Attorneys for Co-Defendants
Krane, Rubenstein and The Estate of Stephen Kaye
1585 Broadway
New York, NY 10036

Glenn, T. Burhans, Jr., Esq.
Greenberg Traurig, LLP
Attorneys for Co-Defendants
Boggs, Marvin, Hoffman, Turner and
the Florida Bar
101 East College Avenue
Tallahassee, FL 32301

John W. Fried, Esq.
Fried & Epstein, LLP
Attorneys for Co-Defendant
Raymond A. Joao
Herald Square Building
1350 Broadway, Suite 1400
New York, NY 10018

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York

_____
CAROLYN A. BEST

Sworn to before me this
30th day of May, 2008

_____
NOTARY PUBLIC

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES 4/7/11

434105-1