UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

ELIOT I. BERNSTEIN, *et al.*,

                          **Plaintiffs,**

    - against -

**APPELLATE DIVISION FIRST
DEPARTMENT DISCIPLINARY
COMMITTEE** *et al.*,

                          **Defendants.**

------------------------------------------------------------- X

**ORDER**

07 Civ. 11196 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

         Plaintiffs have moved for an extension of time to respond to the motion to dismiss. The time for plaintiffs to respond to defendants' motion to dismiss is extended to July 14, 2008. Defendants' time to reply is extended to July 28, 2008. **No further extensions will be granted.** The parties are again reminded that memoranda of law that fail to comply with the Court's individual rules and procedures will not be accepted.

         Plaintiffs have also moved for reconsideration of this Court's denial without prejudice of their application for the appointment of pro bono counsel. Reconsideration is denied. Plaintiffs may renew their motion after the determination of the motion to dismiss.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
           June 17, 2008

## - Appearances -

**Plaintiffs (pro se):**

Eliot I. Bernstein
39 Little Avenue
Red Bluff, California 96080
(530) 529-4410

P. Stephen Lamont
35 Locust Avenue
Rye, New York 10580
(914) 217-0038

**For Defendant the State of New York:**

Monica Connell
Assistant Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8610

**For Defendants Krane, Rubenstein, the Estate of Stephen Kaye, and Proskauer Rose, LLP:**

Joanna Smith, Esq.
Proskauer Rose, LLP
1585 Broadway
New York, New York 10036
(212) 969-3437

**For Defendants Boggs, Marvin, Hoffman, Turner, and the Florida Bar:**

Glenn T. Burhans, Jr., Esq.
Greenberg Traurig, LLP
101 East College Ave.
Tallahassee, Florida 32301
(850) 521-8570

**For Defendants Meltzer Lippe Goldstein & Breistone LLP and Meltzer:**

Richard M. Howard, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Avenue
Mineola, NY 11501
(516) 747-0300

**For Defendant Raymond A. Joao:**

John Walter Fried, Esq.
Fried and Epstein
1350 Broadway, Suite 1400
New York, NY 10018
(212) 268-7111

**For Defendants Foley Lardner LLP, Grebe, Dick, Boehm, and Becker:**

Kent Kari Anker, Esq.
Lili Zandpour, Esq.
Friedman, Kaplan, Seiler and Adelman
1633 Broadway
New York, NY 10019
(212) 833-1244

**For Defendants Hoffman, Turner, Boggs, and Marvin:**

Glenn Thomas Burhans, Jr., Esq.
Greenberg Traurig
101 East College Avenue
Tallahassee, FL 10022
(850) 521-8570

**For Defendant the Virginia State Bar:**

Stephen M. Hall
Assistant Attorney General for the State of Virginia
900 E. Main Street
Richmond, VA 23219
(804) 786-2071