UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ELIOT I. BERNSTEIN, et al.,        :
                                    :
                    Plaintiffs,     :
                                    :         [PROPOSED]
         v.                         :         ORDER
                                    :
APPELLATE DIVISION FIRST            :         07 Civ. 11196 (SAS)
DEPARTMENT DISCIPLINARY             :
COMMITTEE, et al.,                  :
                    Defendants.     :
                                    :
------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

Plaintiff having obtained a Clerk's Certificate noting a default of defendant Proskauer Rose LLP for failure to answer or move with respect to the complaint in this action, dated 7/11/08 (the "Clerk's Certificate"), it appears from the docket that defendant Proskauer Rose LLP timely filed a responsive pleading on May 30, 2008 (*see* Docket entries Nos. 78 and 79), it is hereby

**ORDERED**, that the Clerk's Certificate obtained by plaintiff is **VACATED**.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       July 17, 2008