**P. STEPHEN LAMONT**
**35 Locust Avenue**
**Rye, N.Y. 10580**
**Tel: (914) 217-0038**
**Fax: (914) 921-1042**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

RECEIVED
CHAMBERS OF

AUG - 7 2008

JUDGE SCHEINDLIN

**By Facsimile**

July 29, 2008

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**RE: Eliot I. Bernstein, et al. v. Appellate Division First Department Departmental Disciplinary Committee, et al., No: 07Civ.11196 (SAS): Request For Leave to File a Sur-Reply.**

Dear Judge Scheindlin:

As a Co-Plaintiff in the above referenced matter, and as it relates to the Reply Memorandum of Defendants Lewis S. Meltzer and Meltzer Lippe Goldstein and Breitstone, LLP (collectively, "Meltzer Defendants"), I respectfully request this Court to grant my request and file the attached Sur-Reply.

That in many circumstances in their attempt to escape liability, the Meltzer Defendants raise new defenses and address new theories over and above their Motion to Dismiss.

As a result, Co-Plaintiff Lamont requests this leave to underscore the new arguments of the Meltzer Defendants that fail according to the attached Sur-Reply, along with leave to, at the discretion of Plaintiffs, Sur-Reply the Proskauer Defendants, the Foley Defendants, Defendant Raymond A. Joao, the State Defendants, the Florida Bar Defendants, and the Virginia Defendants.

Respectfully submitted,

P. Stephen Lamont

**SO ORDERED:**

_____
**Honorable Shira A. Scheindlin**
**United States District Judge**

*Plaintiffs request to file a sur-reply is denied.*

*SO ORDERED:*

*Dated: New York, New York*
*August 1, 2008*

*Shira A. Scheindlin*
*U.S.D.J.*