**UNITED STATES DISRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

ELIOT I. BERNSTEIN, et al.,

                Plaintiffs,

-against-                          **Case No. 1:07-cv-11196-SAS**
                                   **Related Case No. 1:07-cv-09599-SAS**

APPELLATE    DIVISION,    FIRST
DEPARTMENT        DEPARTMENTAL     **NOTICE OF MOTION TO RE-OPEN**
DISCIPLINARY COMMITTEE, et al.,     **BASED ON FRAUD ON THE COURT**
                                   **AND MORE**
                    Defendants.
_____X

**PLEASE TAKE NOTICE** that upon the accompanying affirmation and the exhibits, Pro Se Plaintiff Eliot Ivan Bernstein will move this Court before the Honorable Judge Shira A. Scheindlin, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order:

    (1) To rehear and reopen this case under Federal Rule of Civil Procedure 60(b)(2) on the basis of newly discovered evidence.

    (2) To rehear and reopen this case under Federal Rule of Civil Procedure 60(d)(3) for fraud on court.

    (3) Immediately secure protection for all Plaintiffs in the related cases, as Plaintiff also has had conversations with both the author and source of the Expose Corrupt Courts ("ECC") articles referenced herein and Plaintiff believes on information and belief

that he is one of the "targets" described in the ECC articles describing illegal wiretapping, illegal 24/7/365 surveillance and one wonders how much this is costing and how government funds are being illegally misused to fund these ILLEGAL ACTIONS AGAINST THEIR TARGETS in efforts to OBSTRUCT JUSTICE.

(4) Immediately secure communications of ALL Plaintiffs in the legally related cases to Christine C. Anderson ("Anderson")[1] through removal of illegal wiretaps, ceasing misuse of Joint Terrorism Task Force resources and violations of the Patriot Act to target these individuals illegally, as described in the exhibited herein new publications and secure all documents and records in the Plaintiffs lawsuits due to an exposed pattern and practice of Obstruction of Justice to Deny Due Process and Procedure and commit new RICO criminal acts,

(5) Notify all Federal and State Authorities who have been fingered in the attached articles exhibited herein of the crimes alleged committed by senior ranking members of their State and Federal agencies and demand immediate investigation.

(6) Immediately Rehear the legally related lawsuit Anderson and ALL related lawsuits, removing all prior rulings and orders and pleadings by all conflicted parties, invalidated by the crimes committed by those DEFENDANTS, especially STATE DEFENDANTS involved in the OBSTRUCTIONS OF JUSTICE and demand all Defendants to secure NON CONFLICTED LEGAL COUNSEL TO REPRESENT THEM, one professionally and one individually and move to GRANT SUMMARY

---

[1] US District Court Southern District of New York Case No. (1:07-cv-09599-SAS) Anderson v The State of New York, et al.

JUDGEMENT IN FAVOR OF ALL PLAINTIFFS OF THE LEGALLY RELATED CASES FOR THE CRIMES ALREADY COMMITTED UPON THEM TO BLOCK AND OBSTRUCT JUSTICE IN BOTH ANDERSON AND THEIR CASES, DENYING THEM THEIR CONSTITUTIONALLY PROTECTED DUE PROCESS RIGHTS.

(7) Release to Plaintiffs, all illegal and unwarranted surveillance documentation of any nature, including but not limited to, wiretapping evidence, computer record copying and altercations, video/audio recordings, billings and payments for surveillance, names of all personnel and entities involved in the surveillance and ALL notes, reports, summaries from surveillance activities, complete list of emails or any communications from both sending parties and receiving parties involved in the surveillance, list of all investigatory parties notified of the crimes as indicated in the news articles, case numbers for all investigations and who is handling the investigations, list of all Grand Juries that have heard evidence in regard to the allegations made in the news stories cited herein.

(8) Seize the records of all court cases listed herein where Plaintiff alleges Defendants in this RICO are using the courts to launch an assault on Plaintiff in multiple courts in multiple lawsuits, all exhibiting a pattern and practice of Abuse of Process, Fraud on Courts, Denial of Due Process, Obstruction of Justice and more, used to further harass, defame, steal properties and damage Plaintiff and others trying to help Plaintiff expose the court corruption.

(9) for such other relief as the Court may find just and proper.

Dated: Boca Raton, FL
_____, 2013

_____
Eliot I. Bernstein
2753 NW 34th St.
Boca Raton, FL 33434
(561) 245-8588


To:     Defendants

        Office of the NYS Attorney General
        120 Broadway, 24th floor
        New York, New York 10271-0332

        and

        APPELLATE DIVISION, FIRST DEPARTMENT DEPARTMENTAL
        DISCIPLINARY COMMITTEE, et al., Defendants

(9) for such other relief as the Court may find just and proper.

Dated: Boca Raton, FL
_____, 2013

                                                     _____
                                                     Eliot I. Bernstein
                                                     2753 NW 34th St.
                                                     Beca Raton, FL 33434
                                                     (561) 245-8588

To:     Defendants

           Office of the NYS Attorney General
           120 Broadway, 24th floor
           New York, New York 10271-0332

           and

           APPELLATE DIVISION, FIRST DEPARTMENT DEPARTMENTAL
           DISCIPLINARY COMMITTEE, et al., Defendants

**UNITED STATES DISRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____**X**

ELIOT I. BERNSTEIN, et al.,

                   Plaintiffs

-against-                         **Case No. 07cv11196**
                                         **Related Case No. 07cv09599**

APPELLATE     DIVISION,    FIRST      **AFFIRMATION**
DEPARTMENT         DEPARTMENTAL
DISCIPLINARY COMMITTEE, _et al.,_

                   Defendants.
_____**X**

I, Eliot I. Bernstein, make the following affirmation under penalties of perjury:

I, Eliot I. Bernstein, am the Pro Se Plaintiff in the above entitled action, and respectfully move

this court to issue an order,

    (1) To rehear and reopen this case under Federal Rule of Civil Procedure 60(b)(2) on the

        basis of newly discovered evidence.

    (2) To rehear and reopen this case under Federal Rule of Civil Procedure 60(d)(3) for

        fraud on court.

    (3) Immediately secure protection for all Plaintiffs in the related cases, as Plaintiff also

        has had conversations with both the author and source of the Expose Corrupt Courts

        ("ECC") articles referenced herein and Plaintiff believes on information and belief

        that he is one of the "targets" described in the ECC articles describing illegal

        wiretapping, illegal 24/7/365 surveillance and one wonders how much this is costing

and how government funds are being illegally misused to fund these ILLEGAL ACTIONS AGAINST THEIR TARGETS in efforts to OBSTRUCT JUSTICE.

(4) Immediately secure communications of ALL Plaintiffs in the legally related cases to Christine C. Anderson ("Anderson")[2] through removal of illegal wiretaps, ceasing misuse of Joint Terrorism Task Force resources and violations of the Patriot Act to target these individuals illegally, as described in the exhibited herein new publications and secure all documents and records in the Plaintiffs lawsuits due to an exposed pattern and practice of Obstruction of Justice to Deny Due Process and Procedure and commit new RICO criminal acts,

(5) Notify all Federal and State Authorities who have been fingered in the attached articles exhibited herein of the crimes alleged committed by senior ranking members of their State and Federal agencies and demand immediate investigation.

(6) Immediately Rehear the legally related lawsuit Anderson and ALL related lawsuits, removing all prior rulings and orders and pleadings by all conflicted parties, invalidated by the crimes committed by those DEFENDANTS, especially STATE DEFENDANTS involved in the OBSTRUCTIONS OF JUSTICE and demand all Defendants to secure NON CONFLICTED LEGAL COUNSEL TO REPRESENT THEM, one professionally and one individually and move to GRANT SUMMARY JUDGEMENT IN FAVOR OF ALL PLAINTIFFS OF THE LEGALLY RELATED CASES FOR THE CRIMES ALREADY COMMITTED UPON THEM TO BLOCK

---

[2] US District Court Southern District of New York Case No. (1:07-cv-09599-SAS) Anderson v The State of New York, et al.

AND OBSTRUCT JUSTICE IN BOTH ANDERSON AND THEIR CASES, DENYING THEM THEIR CONSTITUTIONALLY PROTECTED DUE PROCESS RIGHTS.

(7) Release to Plaintiffs, all illegal and unwarranted surveillance documentation of any nature, including but not limited to, wiretapping evidence, computer record copying and altercations, video/audio recordings, billings and payments for surveillance, names of all personnel and entities involved in the surveillance and ALL notes, reports, summaries from surveillance activities, complete list of emails or any communications from both sending parties and receiving parties involved in the surveillance, list of all investigatory parties notified of the crimes as indicated in the news articles, case numbers for all investigations and who is handling the investigations, list of all Grand Juries that have heard evidence in regard to the allegations made in the news stories cited herein.

(8) Seize the records of all court cases listed herein where Plaintiff alleges Defendants in this RICO are using the courts to launch an assault on Plaintiff in multiple courts in multiple lawsuits, all exhibiting a pattern and practice of Abuse of Process, Fraud on Courts, Denial of Due Process, Obstruction of Justice and more, used to further harass, defame, steal properties and damage Plaintiff and others trying to help Plaintiff expose the court corruption.

(9) for such other relief as the Court may find just and proper.

# Table of Contents

MOTION TO RE-OPEN BASED ON FRAUD ON THE COURT AND MORE ....................................12

**I.   INTRODUCTION** ........................................................................................................12

**II.   PAST NEWS PUBLICATIONS BY EXPOSE CORRUPT COURTS RELATING TO THIS RICO**..17

"SEX SCANDAL AT THE ATTORNEY COMMITTEE ON CHARACTER & FITNESS...THE LID IS OFF THE COVER-UP OF THE RECENT SEX SCANDAL ROCKING THE COMMITTEE ON CHARACTER & FITNESS AT THE NEW YORK STATE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT ON MADISON AVENUE." .........................................................................................18

"JUSTICE DEPARTMENT WIDENS 'PATENTGATE' PROBE BURIED BY ETHICS CHIEF THOMAS J. CAHILL. IN A LETTER DATED JULY 16, 2007, THE U.S. DEPARTMENT OF JUSTICE, OFFICE OF PROFESSIONAL RESPONSIBILITY, ANNOUNCED FROM ITS WASHINGTON, D.C. HEADQUARTERS THAT IT WAS EXPANDING ITS INVESTIGATION INTO A BIZARRELY STALLED FBI INVESTIGATION THAT INVOLVES AN ALMOST SURREAL STORY OF THE THEFT OF NEARLY 30 U.S. PATENTS, AND OTHER INTELLECTUAL PROPERTY, WORTH BILLIONS OF DOLLARS. ........................................................................................................................19

"PATENTGATE ETHICS SCAM HITS HOLOCAUST SURVIVOR...AS A YOUNG GIRL, MRS. GIZELLA WEISSHAUS SURVIVED THE HOLOCAUST, BUT RECENTLY AND NOW 77-YEARS-OLD, SHE FINDS HERSELF ON THE GROWING LIST OF VICTIMS ENSNARLED IN THE MANHATTAN ATTORNEY ETHICS SCANDAL SHAKING THE NEW YORK STATE COURT SYSTEM...."................21

"NY ETHICS SCANDAL TIED TO INTERNATIONAL ESPIONAGE SCHEME…TAMMANY HALL II ETHICS SCANDAL REACHING NEW HEIGHTS. ................................................................21

"BREAKING NEWS........CLICK HERE FOR OBSTRUCTION OF JUSTICE INVESTIGATION…FBI PROBES THREATS ON FEDERAL WITNESSES IN NY ETHICS SCANDAL" .........................22

"U.S. ATTORNEY GENERAL ERIC HOLDER ASKED TO APPOINT NEW YORK ETHICS PROSECUTOR…PART I - MANHATTAN ETHICS CHAIRMAN, ROY L. REARDON, ACCUSED OF WHITE-WASHING CRIMES BY ATTORNEYS…PART II - STATEWIDE JUDICIAL ETHICS CHAIRMAN, ROBERT TEMBECKJIAN, ACCUSED OF WIDESPREAD CORRUPTION."....................23

"NY STATE COURT INSIDER CALLS FOR FEDERAL PROSECUTOR… ................................................23

"NEW TRIAL SOUGHT IN NY STATE CORRUPTION CASE, AG BLASTED FOR MASSIVE CONFLICTS…NEW FEDERAL TRIAL REQUESTED IN NY STATE CORRUPTION CASE." ...............24

"NY LEGAL ETHICS SCANDAL WHISTLEBLOWER BACK IN FEDERAL COURT…WITNESS TAMPERING BRINGS NY ATTORNEY CHRISTINE ANDERSON BACK TO FEDERAL COURT…WIDESPREAD 'ETHICS' CORRUPTION NOW INCLUDES THREAT ON WITNESS IN A FEDERAL PROCEEDING ........................................................................................25

**III.   CURRENT EXPLOSIVE NEWS PUBLICATIONS BY EXPOSE CORRUPT COURTS RELATING TO THIS RICO:** .........................................................................................................28

"FORMER INSIDER ADMITS TO ILLEGAL WIRETAPS FOR NYS 'ETHICS BOSSES'"........................28

"UPDATE ON ATTORNEY "ETHICS" COMMITTEES' .................................................................30

ILLEGAL WIRETAPS FORMER INSIDER ADMITS TO ILLEGAL WIRETAPS FOR "ETHICS" BOSSES." ............................................................................................................................30

"JUDGES WERE ILLEGALLY WIRETAPPED, SAYS INSIDER".................................................33

"JUDGES WERE ILLEGALLY WIRETAPPED, SAYS INSIDER".................................................34

"NY GOVERNOR ANDREW CUOMO ASKED TO SHUT DOWN JUDICIAL "ETHICS" OFFICES." ......35

"SEE THE LETTER TO NEW YORK GOVERNOR ANDREW CUOMO RE: WIRETAPPING JUDGES" ..........................................................................................................................................36

"ETHICSGATE UPDATE FAXED TO EVERY U.S. SENATOR THE ULTIMATE VIOLATION OF TRUST IS THE CORRUPTION OF ETHICS OVERSIGHT" EXCLUSIVE UPDATE:................................................38

"NEW YORK SENATORS ASKED TO APPOINT ETHICS CORRUPTION LIAISON…EVERY NEW YORK STATE SENATOR HAS BEEN REQUESTED TO APPOINT AN "ETHICS CORRUPTION LIAISON" SO THAT TIMELY INFORMATION IN THE EVER-GROWING SCANDAL INSIDE NEW YORK'S SO-CALLED "ETHICS" ENTITIES MAY BE PROVIDED TO EACH STATE SENATOR. .........39

FORMAL COMPLAINT FILED AGAINST NYS EMPLOYEES FOR ILLEGAL WIRETAPPING...THE WIDESPREAD ILLEGAL WIRETAPPING INCLUDED TARGETED NEW YORK STATE JUDGES AND ATTORNEYS.... ...................................................................................................................................40

IV.      DENIAL OF COUNSEL THROUGH EXTORTION AND MORE .......................................................47

V.      RE OPEN AND REHEAR BASED ADDITIONAL NEW EVIDENCE OF NEW RICO CRIMINAL ACTS COMMITTED AGAINST PLAINTIFF BY SEVERAL DEFENDANTS IN THIS RICO, INCLUDING BUT NOT LIMITED TO, ABUSE OF LEGAL PROCESS, THEFT OF INHERITANCE, POSSIBLE INVOLVEMENT OF DEFENDNATS IN THE ALLEGED MURDER OF SIMON L. BERNSTEIN.............53

VI.      ABUSE OF PROCESS CLAIMS ......................................................................................................56

1.      OBSIDIAN FINANCE GROUP, LLC ET AL. V. COX CASE NO. 3:11-CV-00057-HZ (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.).............56

2.      OBSIDIAN FINANCE GROUP LLC AND KEVIN D PADRICK VS CRYSTAL COX CASE NUMBER: 2:2012MC00017, FILED NOVEMBER 21, 2012, WASHINGTON EASTERN DISTRICT COURT, SPOKANE OFFICE, PRESIDING JUDGE: JAMES P. HUTTON ............................................................................61

3.      WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (CT) D2011-0675 COMPLAINANT PROSKAUER ROSE V. COX AND BERNSTEIN (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL COMPLAINTS, SUBMISSIONS, RULINGS, DETERMINATIONS, ETC.)..........61

4.      CZECH ARBITRATION COURT - ADMINISTRATIVE PROCEEDING NO. 100472  (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL COMPLAINTS, SUBMISSIONS, RULINGS, DETERMINATIONS, ETC.) ....................................................................................................63

5.      WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (EP) D2012-1525 (COMPLAINANT MARC RANDAZZA) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL COMPLAINTS, SUBMISSIONS, RULINGS, DETERMINATIONS, ETC.) ........................................................64

6.      WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (TG) D2011-0678 (COMPLAINANT MARC RANDAZZA)..............................................................................................................................67

7.      WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (CT) D2011-0679 (COMPLAINANT MARC RANDAZZA)..............................................................................................................................68

8.      WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (CT) D2011-0677 (COMPLAINANT MARC RANDAZZA)..............................................................................................................................68

9.      RANDAZZA ET AL V. COX, BERNSTEIN ET AL., CASE NO. 2:12-CV-02040-GMN-PAL (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) AND  ..................................................................................................................................69

10.      COX VS. RANDAZZA, ET AL. – NEVADA RICO CASE NO. 2:13-CV-00297-JCM-VCF CHANGED TO  2:13-CV-00297 JCM (NJK) CHANGED TO 2:13-CV-00297 MMD-VCF (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.).............76

11.      COX V. HILL ET AL. CALIFORNIA NORTHERN DISTRICT COURT ANTITRUST CASE NO. 4:2013CV02046 (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) AND ....................................................................................................79

12.      COX V. GODADDY, US DISTRICT COURT OF ARIZONA PHEONIX, CASE NO. CV-13-00962-PHX-MEA (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)........................................................................................................80

13.      SHIRLEY BERNSTEIN ESTATE PROBATE CASE IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FL ESTATE OF SHIRLEY BERNSTEIN CASE NO. 502011CP00653XXXXSB (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.).............81

14.      SIMON BERNSTEIN ESTATE PROBATE CASE IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FL ESTATE OF SIMON LEON BERNSTEIN CASE NO. 502012CP004391 IZ XXXX SB (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)........................................................................................................................................86

15.      CASE NO. 2:12-CV-08030-CAS-VBK P STEPHEN LAMONT V. TIME WARNER INC ET AL. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION - LOS ANGELES) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) ...........................................................................................92

16.      CASE NO. 1:11-MC-00150-UNA LAMONT V. PROSKAUER ROSE LLP ET AL. U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) ....................................92

17.      CASE NO. 1:11-CV-00949-BJR LAMONT V. PROSKAUER ROSE LLP ET AL. U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) ....................................92

18.      CASE NO. 1:12-CV-00662-BJR LAMONT V. ROVI CORPORATION ET AL. U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) ....................................93

19.      CASE NO. 2:2012-CV-02040 NO INFORMATION AVAILABLE IN PACER DOCKET (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.) 93

**VII.     CONTEMPT FOR THIS COURT**................................................................................94

**VIII.    ARGUMENT** ...........................................................................................................98

1.      REOPEN AND REHEAR BASED ON NEW EVIDENCE AND NEW RICO ACTS COMMITTED AGAINST PLAINTIFF BY SEVERAL DEFENDANTS IN THIS RICO..................................................98

A.      RELEVANT LAW .............................................................................................................98

2.      TO REOPEN THIS CASE UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(D)(3) FOR FRAUD ON COURT BY DEFENDANTS. ....................................................................................................99

A.      RELEVANT LAW .............................................................................................................99

B.      DISCUSSION ..................................................................................................................99

3.      TO CONSTRUE THIS PRO SE MOTION LIBERALLY: ...................................................100

A.   RELEVANT LAW:...............................................................................................100

B.   DISCUSSION:...................................................................................................102

**IX.     CONCLUSION** ...........................................................................................102

**WHEREFORE,**...................................................................................................102

**NOTE TO THIS COURT AND ALL OFFICERS OF THIS COURT ACTING IN ANY CAPACITY REGARDING DISCLOSING CONFLICTS OF INTEREST PRIOR TO ANY ACTION OR ELSE:** ..........105

EXHIBITS ............................................................................................................108

EXHIBIT 1 - EXPOSE CORRUPT STORIES ..............................................................108

EXHIBIT 2 – NOTIFICATION TO THIS COURT.........................................................108

EXHIBIT 3 - EMERGENCY PETITION TO: FREEZE ESTATE ASSETS, APPOINT NEW PERSONAL REPRESENTATIVES, INVESTIGATE FORGED AND FRAUDULENT DOCUMENTS SUBMITTED TO THIS COURT AND OTHER INTERESTED PARTIES, RESCIND SIGNATURE OF ELIOT BERNSTEIN IN ESTATE OF SHIRLEY BERNSTEIN AND MORE.....................................................................108

EXHIBIT 4 – REVOCATION OF WAIVER OF ACCOUNTING AND PORTIONS OF PETITION FOR DISCHARGE; WAIVER OF SERVICE OF PETITION FOR DISCHARGE; AND RECEIPT OF BENEFICIARY AND CONSENT TO DISCHARGE" ...................................................108

EXHIBIT 5 – FORGED AND FRAUDULENT NOTARY SIGNATURES IN SHIRLEY BERNSTEIN ESTATE ....................................................................................................................108

EXHIBIT 6 - PROSKAUER ROSE INSERTED EXHIBIT 1 OF WILL OF SIMON L. BERNSTEIN .............108

EXHIBIT 7 – SIMON BERNSTEIN AMENDED TRUST SIGNATURE PAGE WITH DEFECIENT NOTARIZATION ....................................................................................................108

EXHIBIT 8 – JUDGE SCHEINDLIN CONFLICT OF DISCLOSURE REQUEST TO SIGN AND RETURN PRIOR TO ANY ACTION FORWARD....................................................................108

## MOTION TO RE-OPEN BASED ON FRAUD ON THE COURT AND MORE

The reasons why I am entitled to the relief I seek are the following:

## I.   INTRODUCTION

1.   That on or about 2007-2008, Plaintiff was contacted by an "Investigative Reporter" and former Government Employee, Frank Brady, who later became known as Kevin McKeown ("McKeown"), who later became a "Legally Related Lawsuit" [3], along with this RICO Lawsuit, to a New York Supreme Court Attorney Misconduct Expert Whistleblower lawsuit of Christine C. Anderson ("Anderson")[4] and where later it was learned that Brady too, like Anderson was a former employee for RICO Defendant New York Supreme Court Appellate Division First Department, Departmental Disciplinary Committee ("DDC"), who later it was learned has friends in this Court.

2.   That initially McKeown stated to Plaintiff and others that he had information regarding Attorney at Law misconduct complaints being mishandled at the New York Supreme Court Appellate Division First Department Departmental Disciplinary Committee ("DDC") by Chief Counsel of the DDC, Thomas Cahill ("Cahill") and others.  McKeown stated he would be posting a story to his blog, Expose Corrupt Courts ("ECC")[5] about Cahill and a possible inside Whistleblower that was coming forward with corruption charges that rose to the top of the DDC and more.

---

[3] Case No. 08cv02391 McKeown v The State of New York, et al.
[4] Case No. (1:07-cv-09599-SAS) Anderson v The State of New York, et al.
[5] http://exposecorruptcourts.blogspot.com

3. That at the initial time of introduction to McKeown, Plaintiff Bernstein was unaware that McKeown was named anything other than Frank Brady, a name he claimed later was used by several other people he knows.  One wonders, who uses the same alias as another and for what, which is still unknown by Plaintiff, as is, how McKeown/Brady orchestrated all of these "legally related" lawsuits with this Court and corralled a number of victims of DDC abuse together and how these mystery puzzle pieces come together to either derail justice or to see justice served in this Court.  Yet, as this Motion will show, the time is now for Plaintiff to have discovery of all these mysteries that have led him before this Court, as his life and the life of his lovely wife and beautiful three children are again in extreme danger (the first time resulted in Car Bombing Murder Attempt of Bernstein and his family) and their CONSTITUTIONAL RIGHTS TO PRIVACY, LIFE AND LIBERTY AND DUE PROCESS are now being wholly violated by certain of the Defendants in this RICO and now new other parties, through NEW harassments, abuses of process, theft of inheritances, as will all be defined and evidenced further herein.

4. That as evidenced herein Brady McKeown has released BRAND NEW news articles, which have allegations that DDC ranking members and other Public Officials, conspired to "Obstruct Justice" in lawsuits through a variety of criminal activity, including in the "legally related" Anderson lawsuit and to this RICO and ANTITRUST lawsuit.  These newly discovered crimes wholly violate plaintiffs in the lawsuits rights through alleged **FELONY STATE AND FEDERAL OBSTRUCTION OF JUSTICE <u>COMMITTED</u>**

**BY PUBLIC OFFICIALS** **TO BLOCK DUE PROCESS RIGHTS OF THEIR VICTIMS**, including but not limited to ALLEGATIONS OF,

i. **THREATS ON FEDERAL WITNESSES,**

ii. **ILLEGAL WIRETAPPING,**

iii. **MISUSE OF JOINT TERRORISM TASK FORCE RESOURCES AND FUNDS TO ILLEGALLY "TARGET" PRIVATE CITIZENS, JUDGES, ATTORNEYS AT LAW AND OTHERS,**

iv. **MISUSE OF THE PATRIOT ACT TO TARGET PRIVATE CITIZENS WITHOUT WARRANT OR CAUSE,**

v. **24/7/365 SURVELLIANCE OF WHISTLEBLOWERS AND OTHER "TARGETS" AND**

vi. **THE GRANTING OF LAW LICENSES BY DEPARTMENT OFFICIALS TO NON-LAWYERS IN ORDER TO SUBVERT JUSTICE, THESE CRIMINALS DISGUISED AS "ATTORNEYS AT LAW" THEN INFILTRATING GOVERNMENT AGENCIES TO INTERFERE WITH THE GOVERNMENT PROCESSES, INVESTIGATIONS, PROSECUTIONS AND MORE.**

5. That Just "Who is this Masked Man Anyway[6]" as the true identity of McKeown/Brady is critical information to this Lawsuit now, as it is the glue that binds this Lawsuit with the "Legally Related Lawsuits" and ties them all to the following actions,

---

[6] 1933 Radio Smash "The Lone Ranger" by George W. Trendle and Fran Striker

    i.  Ongoing New York Senate Judiciary Committee Hearings on Public Office

        Corruption emanating from the DDC and certain Defendants in this Lawsuit and

        others, where Plaintiff, Anderson, Brady/McKeown have testified, submitted

        evidence and await determination from this Committee,

   ii.  multiple "Legally Related" lawsuits related by this Court, including all those below

       that applied for legal relation for similar claims against similar parties,

1. (07cv09599) Anderson v The State of New York, et al.[7], WHISTLEBLOWER LAWSUIT,
2. (07cv11196) Bernstein, et al. v Appellate Division First Department Disciplinary Committee, et al.[8], RICO & ANTITRUST LAWSUIT
3. (07cv11612) Esposito v The State of New York, et al.[9],
4. (08cv00526) Capogrosso, Esq. v New York State Commission on Judicial Conduct, et al.,
5. (08cv02391) McKeown v The State of New York, et al.[10],
6. (08cv02852) Galison v The State of New York, et al.,
7. (08cv03305) Carvel v The State of New York, et al.[11],
8. (08cv4053)   Gizella Weisshaus v The State of New York, et al.[12],
9. (08cv4438)   Suzanne McCormick v The State of New York, et al.[13]

---

[7]http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/anderson/20071028%20Anderson%20Original%20Filing.pdf

[8]http://www.iviewit.tv/CompanyDocs/20080509%20FINAL%20AMENDED%20COMPLAINT%20AND%20RICO%20SIGNED%20COPY%20MED.doc

[9]http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/Esposito/20081228%20Luisa%20Esposito%20Original%20Filing.pdf

[10]http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/McKeown/20080307%20Kevin%20McKeown.pdf

[11]http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/carvel/Carvel%20Filing.pdf

[12]http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/Weisshaus/20080439/2008cv4053%20Gizella%20Weisshaus.pdf

[13]http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/McCormick/McCormick%2008cv4438%20SVM%20Cmplnt.pdf

10. (08cv6368)   John L. Petrec-Tolino v. The State of New York

iii.   the DDC Whistleblower "Legally Related" lawsuit to this RICO of Christine C.

Anderson, Esq. an Expert in Attorney Misconduct Complaints and Eyewitness to

Felony Obstruction through document destruction and more by Defendants in these

cases and further eyewitness accounts of Whitewashing of Complaints by and for

State and Federal agents,

iv.   the DDC Whistleblower Nicole Corrado, Esq., ("Corrado") also exposed publically

by Brady/McKeown, where Corrado is the witness that was threatened by a Senior

Official of the DDC in the Anderson lawsuit on her way to testify in the Anderson

trial.  Corrado then filed a Whistleblowing Sexual Misconduct Suit against DDC

Senior Ranking Officials, as indicated below, from an article in the New York Law

Journal,

> May 16, 2012
> New York Law Journal, By John Caher
> **Attorney for Department Disciplinary Committee Sues Court System**
>
> "Attorney Nicole Corrado alleges in a federal lawsuit that she was sexually harassed by two now-retired officials at the watchdog agency while a third retaliated against her for complaining, and that her lawyer in an unrelated property matter was investigated by the committee until he abandoned her case."
>
> http://www.newyorklawjournal.com/PubArticleNY.jsp?id=1202553693088&Attorney_for_Department_Disciplinary_Committee_Sues_Court_System&slreturn=20130204075850

v.   multiple State and Federal ongoing criminal complaints filed by Plaintiffs in the "Legally Related Lawsuits" against Public Officials involved in the alleged crimes in the legally related cases and directed by Brady/McKeown to certain state and federal authorities,

vi.   a multitude of news articles regarding widespread corruption at the DDC, the US Attorney, the New York DA, the New York ADA and on behalf of "Favored Law Firms and Lawyers,"[14]

## II.   PAST NEWS PUBLICATIONS BY EXPOSE CORRUPT COURTS RELATING TO THIS RICO

6.   That all prior ECC stories involving relating directly to these matters and wholly supporting Plaintiff's claims of corruption in the handling of his complaints and lawsuits and can be found in Exhibit 1 herein, the following are selected stories that are pertinent to this Lawsuit.

7.   Thursday, June 28, 2007, ECC released the story,

---

[14] As claimed by Whistleblower Christine C. Anderson in testimony before this Court in her lawsuit.

**"SEX SCANDAL AT THE ATTORNEY COMMITTEE ON CHARACTER & FITNESS...THE LID IS OFF THE COVER-UP OF THE RECENT SEX SCANDAL ROCKING THE COMMITTEE ON CHARACTER & FITNESS AT THE NEW YORK STATE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT ON MADISON AVENUE."**

http://www.exposecorruptcourts.blogspot.com/2007/06/sex-scandal-at-attorney-committee-on.html

8.  That on Saturday, July 21, 2007, ECC released the story,

**"COURT OVERHAUL BEGINS: ATTORNEY DISCIPLINARY CHIEF COUNSEL CAHILL FIRST TO GO...**

http://exposecorruptcourts.blogspot.com/2007/07/court-overhaul-begins-disciplinary.html

9.  That Cahill is a Defendant in this Lawsuit and Anderson.  That Defendant Cahill in this Lawsuit and the Anderson lawsuit "resigned" due to the unfolding scandal according to ECC.

10. That on Friday, August 24, 2007 ECC released the story,

# "JUSTICE DEPARTMENT WIDENS 'PATENTGATE' PROBE BURIED BY ETHICS CHIEF THOMAS J. CAHILL. IN A LETTER DATED JULY 16, 2007, THE U.S. DEPARTMENT OF JUSTICE, OFFICE OF PROFESSIONAL RESPONSIBILITY, ANNOUNCED FROM ITS WASHINGTON, D.C. HEADQUARTERS THAT IT WAS EXPANDING ITS INVESTIGATION INTO A BIZARRELY STALLED FBI INVESTIGATION THAT INVOLVES AN ALMOST SURREAL STORY OF THE THEFT OF NEARLY 30 U.S. PATENTS, AND OTHER INTELLECTUAL PROPERTY, WORTH BILLIONS OF DOLLARS.

http://exposecorruptcourts.blogspot.com/2007/08/justice-dept-widens-patentgate-probe.html

11. That "Patentgate" is the moniker ascribed to Plaintiffs IP theft claims as more fully described in the Amended Complaint[15].

Excerpt from this story,

## "PATENTGATE"

The defrauded company is called "Iviewit" – pronounced, "I-view-it." The company's internet site originally advertised their

---

[15]

http://www.iviewit.tv/CompanyDocs/United%20States%20District%20Court%20Southern%20District%20NY/20080509%20FINAL%20AMENDED%20COMPLAINT%20AND%20RICO%20SIGNED%20COPY%20MED.pdf

groundbreaking technology. Now, the opening page of the company website ( www.iviewit.tv ) displays unsettling photographs of the inventor's family vehicle after it was bombed.

"This is quite serious," says an investigator close to the federal probe. "The charges allege that valuable 'back-bone enabling digital imaging technology'-- MPEG type intellectual property-- was stolen by the inventor's own attorneys, the once-untouchable Manhattan based law firm Proskauer Rose. This is going to get very ugly," he says.

Members of the U.S. Senate and U.S. House Judiciary Committees have known about the Iviewit investigation since about September of 2006, and it is in our nation's capital where the matter quickly earned its moniker "Patentgate." And the story was also globally known in technical, Intellectual Property circles. But the big question remains: how did such an explosive story like Patentgate stay off every mainstream media's radar screen—especially in New York.

"I know how," says a retired federal agent who asked not to be identified. "Phone calls were made—many phone calls. Plain and simple." And while this retired federal agent isn't surprised by the apparent "cover-up," he is alarmed by his own findings after a month-long independent review of all submitted Iviewit papers. "I can't find one discrepancy in the allegations, not one unsubstantiated charge," he says. "For one, you have the highest state courts in New York white-washing this thing with 'unpublished' rulings. And then you have state ethics committees contradicting themselves-- in writing, no less. It's a complete meltdown," he concludes. "The broken system appears to have finally fallen apart."

"Iviewit was been radio-active from day one," says one prosecutor who asked not to be named. "Considering who was involved, you know the phones were ringing off the hook, and with a simple directive: 'don't go near it' (an inquiry)." He believes, however that a serious shake-up is imminent. "The powers that be can't contain this story anymore—it's out, U.S. Senators and Congressman are talking about it. This involves national Commerce issues: attorneys stealing U.S. Patents from their own client, and the illegal failings

of a state's ethics agency by its own cover-up, and selective, self-dealing, politically-based inaction. Patentgate appears to have exposed the true, and troubling, underbelly of ethics investigations in New York State. And its not pretty."

12. That on Tuesday, August 28, 2007, ECC released the story,

## "PATENTGATE ETHICS SCAM HITS HOLOCAUST SURVIVOR...AS A YOUNG GIRL, MRS. GIZELLA WEISSHAUS SURVIVED THE HOLOCAUST, BUT RECENTLY AND NOW 77-YEARS-OLD, SHE FINDS HERSELF ON THE GROWING LIST OF VICTIMS ENSNARLED IN THE MANHATTAN ATTORNEY ETHICS SCANDAL SHAKING THE NEW YORK STATE COURT SYSTEM...."

http://exposecorruptcourts.blogspot.com/2007/08/patentgate-ethics-scam-hits-holocaust.html

13. That on Tuesday, April 1, 2008, ECC released the story,

## "NY ETHICS SCANDAL TIED TO INTERNATIONAL ESPIONAGE SCHEME...TAMMANY HALL II ETHICS SCANDAL REACHING NEW HEIGHTS.

http://exposecorruptcourts.blogspot.com/2008/04/ny-ethics-scandal-tied-to-international.html

Excerpts from the article,

Reports surfaced in New York and around Washington, D.C. last week detailing a massive communications satellite espionage

scheme involving major multi-national corporations and the interception of top-secret satellite signals.   The evidence in the corporate eavesdropping cover-up "is frightening," according to an informed source who has reviewed the volumes of documentation. The espionage scheme, he says, is directly tied to the growing state bar ethics scandal at the Appellate Division First Department, Departmental Disciplinary Committee (DDC) in Manhattan. Rumors had been Circulating Linking the NY Bar Scandal to International Corporate Espionage Ops Using Satellites."

14. That on Friday, November 21, 2008, ECC released the story,

## "BREAKING NEWS........CLICK HERE FOR OBSTRUCTION OF JUSTICE INVESTIGATION…FBI PROBES THREATS ON FEDERAL WITNESSES IN NY ETHICS SCANDAL"

http://exposecorruptcourts.blogspot.com/2008/11/breaking-news.html

15. That the Obstruction of Justice is against Anderson and Corrado by Senior New York Supreme Court Officials, whistleblowers to their internal court and prosecutorial offices corruption scheme.

16. That on Thursday, March 5, 2009, ECC released the story,

**"U.S. ATTORNEY GENERAL ERIC HOLDER ASKED TO APPOINT NEW YORK ETHICS PROSECUTOR…PART I - MANHATTAN ETHICS CHAIRMAN, ROY L. REARDON, ACCUSED OF WHITE-WASHING CRIMES BY ATTORNEYS…PART II - STATEWIDE JUDICIAL ETHICS CHAIRMAN, ROBERT TEMBECKJIAN, ACCUSED OF WIDESPREAD CORRUPTION."**

http://exposecorruptcourts.blogspot.com/2009/03/us-attorney-general-eric-holder-asked.html

17. That on Monday, September 21, 2009, ECC released the story,

**"NY STATE COURT INSIDER CALLS FOR FEDERAL PROSECUTOR…**

http://exposecorruptcourts.blogspot.com/2009/09/ny-state-court-insider-calls-for.html

LETTER FROM:

Christine C. Anderson
Attorney at Law

September 13, 2009 (via Confirmed Overnight Delivery)

TO: The Hon. Eric H. Holder, Jr.
Attorney General of the United States
Office of the Attorney General
United States Department of Justice

The Hon. Preet Bharara
United States Attorney for the Southern District of New York
United States Department of Justice

Hon. William M. Welch II
Chief, Public Integrity Unit
United States Department of Justice

The Hon. John L. Sampson,Chairman
New York State Senate Judiciary Committee

**RE: REQUEST FOR FEDERAL INVESTIGATION INTO
ALLEGATIONS OF CORRUPTION AND WITNESS
INTIMIDATION AND APPOINTMENT OF FEDERAL
MONITOR."**

18. That on Tuesday, November 17, 2009, ECC released the story,

## "NEW TRIAL SOUGHT IN NY STATE CORRUPTION CASE, AG BLASTED FOR MASSIVE CONFLICTS…NEW FEDERAL TRIAL REQUESTED IN NY STATE CORRUPTION CASE."

http://exposecorruptcourts.blogspot.com/2009/11/new-trial-sought-in-ny-state-corruption.html

19. That similarly the AG has been accused in this Lawsuit of the same ILLEGAL and

OBSTRUCTIONARY representations as in Anderson and represents State of New York

Defendants in this Lawsuit both personally and professionally while simultaneously

blocking complaints against their State Defendant clients at the AG's office.  Further, the

illegal representations of the State Defendants personally by the AG's office is a LARGE

misappropriation of public funds used to pay for personal defenses, in violation of Public

Office rules and Law.

20. That on Wednesday, June 27, 2012, ECC released the story,

**"NY LEGAL ETHICS SCANDAL
WHISTLEBLOWER BACK IN FEDERAL
COURT…WITNESS TAMPERING BRINGS
NY ATTORNEY CHRISTINE ANDERSON
BACK TO FEDERAL
COURT…WIDESPREAD 'ETHICS'
CORRUPTION NOW INCLUDES THREAT
ON WITNESS IN A FEDERAL
PROCEEDING**

http://ethicsrouser.blogspot.com/2012/06/ny-legal-ethics-scandal-whistleblower.html

21. That while this Court struck down Anderson's motion mentioned in the article above on ridiculous technicalities and presumptions about opinions of what this Court thought about the Threat on a Federal Witness being admissible in Anderson's lawsuit, this Court despite what it thinks has legal obligations when factually becoming aware of FELONY allegations against another Attorney at Law/Public Official to notify Criminal Authorities to investigate.  Failure to report by this Court is a Misprision of Felony. No less, these allegations against Public Officials who made these threats and other egregious acts were reported to this Court heroically and at dire self-risk, by a CREDIBLE EYEWITNESSES ANDERSON AND CORRADO, two ATTORNEY AT LAW MISCONDUCT EXPERTS. Therefore, this Court now has legal obligations to report the misconduct alleged to the proper authorities for CRIMINAL INVESTIGATION or face charges of Misprision of a Felony and for violations of Judicial Cannons, Attorney Conduct Codes and Law.

22. That Plaintiff also claims this Court has been aware of further evidence of alleged CRIMINAL MISCONDUCT EXPOSED IN THIS COURT in the Anderson case, including perjured testimony by Cahill in the Anderson trial, as noted in the after trial notes Hon. Judge Scheindlin read into the record regarding defendant Cahill's perjured statements in this Court, leaving the Anderson lawsuit open to rehearing, as well as for the plethora of conflicts of interest by the Attorney General and misuse of PUBLIC FUNDS to pay for both professional and personal representations of State Defendants.

> A federal jury found late Thursday, October 29, 2009 that Thomas Cahill, Sherry Cohen and David Spokony had not fired former Manhattan Ethics Committee staff attorney Christine Anderson in retaliation for her exposure of widespread corruption by the "whitewashing" of complaints against attorneys in the Bronx and Manhattan. Earlier in the day, Judge Scheindlin had found that Cahill, Cohen and Spokony were knowledgeable of the "whitewashing," but that ruling was read into the record in open court only after the jury had left the courtroom. Anderson's legal team is reported to be considering a declaratory judgment action in Federal Court to declare that the defense of Cohen, Cahill and Spokony by the New York State Attorney General's office was improper as it raises a series of conflicts and requires that the defendants be provided independent outside counsel.
>
> http://exposecorruptcourts.blogspot.com/2009/10/jury-finds-against-anderson-retaliation.html

23. Plaintiff presumes, after Anderson notifying this Court of these crimes that it would be a criminal act to fail to report the crimes to the proper authorities for proper criminal investigations, obviously the New York Attorney General needs to be investigated as

well and hopefully not by the Attorney General for the misuse of public funds and illegally representing Defendants both professionally and personally in this matter in knowing conflict and other violations of public official rules already pleaded to this Court.

24. That this Court failed to contact State and Federal authorities of these MULTIPLE FELONY CRIMES that were alleged by Anderson in this Court against US Attorneys, DA's, ADA's, the New York AG and Favored Law Firms and Lawyers, all who were alleged to be working together to scrub complaints against each other, in a "you scratch my back" criminal scheme to commit crimes under the Color of Law and misuse public office to then evade prosecution through a myriad of Conflicts of Interest that act to Obstruct Justice and deny due process of those opposing them.[16]  That these claims of corruption parallel Plaintiff's claims of corruption by Attorneys at Law in the Amended Complaint and perhaps the reason the Honorable Shira Ann Scheindlin related these cases in the first place.[17]

25. That following URL's  http://iviewit.tv/wordpress/?p=205  and  Exhibit 2,  are the NOTIFICATION ALREADY SERVED TO THIS COURT OF THE FELONY CRIMES EXPOSED IN THIS COURT BY ANDERSON.

---

[16] http://iviewit.tv/wordpress/?p=205

and

http://www.free-press-release.com/news-iviewit-inventor-eliot-bernstein-files-criminal-charges-against-ny-ag-andrew-cuomo-chief-of-staff-steven-cohen-asst-ag-monica-connell-w-gov-david-1291165927.html

[17] http://www.nytimes.com/2013/05/06/nyregion/a-court-rule-directs-cases-over-friskings-to-one-judge.html

## III.   CURRENT   EXPLOSIVE   NEWS   PUBLICATIONS   BY   EXPOSE CORRUPT COURTS RELATING TO THIS RICO:

26. That on Friday, January 25, 2013, ECC released the RIVITING STORY,

## "FORMER INSIDER ADMITS TO ILLEGAL WIRETAPS FOR NYS 'ETHICS BOSSES'"

http://exposecorruptcourts.blogspot.com/2013/01/former-insider-admits-to-illegal.html

27. That this story is written and posted by that "Masked Man" McKeown, the article detailing intentional "Obstruction of Justice" against Anderson, The article details an invasion of privacy against Anderson to "OBSTRUCT JUSTICE" that is so outrageous as to completely have prejudiced not only the Anderson related lawsuit but this Lawsuit and every lawsuit "Legally Related" to Anderson by this Court.

Selected Quotes from this story,

> Evidence was obtained on Thursday, January 24, 2013, confirming the position of a former NYS attorney ethics committee insider that various illegal actions were employed by New York State employees to target and/or protect select attorneys.
>
> For purposes of this article, a first in a series, the former insider will be referred to as "The Cleaner's Man" or "The Man."
>
> **The Cleaner**
>
> During the wrongful termination case of former Manhattan ethics attorney Christine Anderson, it was revealed that New York State

employees had a nick-name for supervising ethics attorney Naomi Goldstein.  Naomi Goldstein was, "The Cleaner."

**"Ethics" Retaliation Machine Was Real.**

The focus of this initial article concerns the 1st and 2nd judicial department, though the illegal methods are believed to have been utilized statewide in all 4 judicial departments.

The Cleaner's Man says that he would receive a telephone call from Naomi Goldstein, who would say, "we have another target, I want to meet you…"  The Man also says that Thomas Cahill, a former DDC Chief Counsel, and Sherry Cohen, a former Deputy-Chief Counsel, were knowledgeable of all of Naomi Goldstein's activity with him and his team.

The meetings, he says, were usually at a park or restaurant near the Manhattan Attorney ethics offices (the "DDC") in lower Manhattan, however he did over time meet Goldstein at his office, the DDC or in movie theater- a venue picked by Naomi.  Goldstein would provide her Man with the name, and other basic information, so that the Man's team could begin their "investigation."

The Man specifically recalls Naomi Goldstein advising him to "get as much damaging information as possible on Christine [Anderson]."

The Man says that they then tapped Ms. Anderson's phones, collected ALL "ISP" computer data, including all emails, and set up teams to surveil Anderson 24/7.  The Man says he viewed the improperly recorded conversations and ISP data, and then personally handed those items over to Naomi Goldstein.

Anderson should not, however, feel like she was a lone target.  According to The Man, "….over 125 cases were interfered with…."  And there were dozens of "targeted" lawyers, says The Man, adding, that the actions of his teams were clearly "intentionally obstructing justice."

If Ms. Goldstein had identified the Ethics Committee's newest target as an attorney, it was quickly qualified with whether the involved lawyer was to be "screwed or UNscrewed."  Unscrewed was explained as when an attorney needed to be "protected" or "saved" even if they did, in fact, have a major ethics problem.

The Man has a nice way of explaining his actions, the "authority" to so act and, he says, over 1.5 million documents as proof……..
The U.S. Attorney is aware of The Man and his claims…."

28. That on Sunday, February 10, 2013, ECC released the story,

## "UPDATE ON ATTORNEY "ETHICS" COMMITTEES'

## ILLEGAL WIRETAPS FORMER INSIDER ADMITS TO ILLEGAL WIRETAPS FOR "ETHICS" BOSSES."

http://exposecorruptcourts.blogspot.com/2013/02/update-on-attorney-ethics-committees.html

From that story,

Evidence was obtained on Thursday, January 24, 2013, confirming the position of a former New York State attorney ethics committee insider that various illegal actions were employed by New York State supervising employees to target and/or protect select attorneys.

**The Cleaner**

Many of the most powerful attorneys in the United States are licensed to practice law in New York State, and if the business address for that lawyer is located in The Bronx or Manhattan, legal ethics is overseen by the Departmental Disciplinary Committee (the "DDC"), a group that falls under Manhattan's Appellate Division of The NY Supreme Court, First Department.

A few years ago, and during a wrongful termination case involving a former DDC ethics attorney, Christine Anderson, it was revealed that DDC employees had a nick-name for a supervising ethics attorney, Naomi Goldstein.  "Ethics" Supervising Attorney Naomi Goldstein was known as "the Cleaner."

**"Ethics" Retaliation Machine Was Real**

There are usually cries of "retaliation" whenever charges of violating regulations of attorney ethics rules are lodged against a lawyer.  However, an investigation of activity at the DDC for a ten year period reveals startling evidence of routine and improper retaliation, evidence tampering and widespread coverups.

Importantly, an insider, who says he was involved in the illegal activity, including widespread wiretapping, has provided the troubling details during recent interviews.  He says he supervised the teams that acted illegally.  The insider says that he was Naomi Goldstein's 'man' - The Cleaner's 'man' - and that he would simply receive a telephone call from Naomi Goldstein, and who would say, "we have another target, I want to meet you…"  He also says that Thomas Cahill, a former DDC Chief Counsel, and Sherry Cohen, a former Deputy-Chief Counsel- and now in private practice helping lawyers in "ethics" investigations, were part of, and knowledgeable of, the illegal activity.

The meetings, the insider says, were usually at a park or restaurant near the DDC's lower Manhattan ethics' offices, however he did over time meet Goldstein at his office, inside the DDC or in movie theater- a venue picked by Naomi.  Goldstein only needed to provide him with the name and other basic information, so that his team could begin their "investigation."

He specifically recalls Naomi Goldstein advising him to "get as much damaging information as possible on Christine [Anderson,]" the former DDC staff attorney who had complained that certain internal files had been gutted of collected evidence.

Naomi's "man" says that they then tapped Ms. Anderson's phones, collected ALL "ISP" computer data, including all emails, and set up teams to surveil Anderson 24/7.

He says he reviewed the illegally recorded conversations and ISP data, and then personally handed those items over to Naomi Goldstein.

Attorney Christine Anderson should not, however, feel like she was a lone target.  Initially, Goldstein's "man," indicated that "….over 125 [attorney] cases were interfered with…."  But a subsequent and closer review of approximately 1.5 million documents has revealed that there may have been many hundreds of attorneys, over the ten-year-period, involved in the DDC's dirty tricks, focused retaliation and planned coverups.

Previously identified "targeted" lawyers were only numbered in the "dozens," but that was before the years-old documents were reviewed. In initial interviews, the insider says that if Ms. Goldstein had identified the DDC ethics committee's newest target as an attorney, it was quickly qualified with whether the involved lawyer was to be "screwed or UNscrewed."  Unscrewed was explained as when an attorney needed to be "protected" or "saved" even if they did, in fact, have a major ethics problem.  But targets, it is now revealed, were not always identified as having a law license.

The DDC insider also says that litigants (most of whom were not attorneys) were also DDC targets.  The on-going document review continues to refresh the memory of the insider, after initially only remembering names from high-profile cases involving "big-name" attorneys.  But one fact remains constant, says the insider- the actions of his teams were clearly and "intentionally obstructing justice."

29. That on Friday February 15, 2013, ECC released the SHOCKING following two stories,

**WEDNESDAY, FEBRUARY 13, 2013**

# "JUDGES WERE ILLEGALLY WIRETAPPED, SAYS INSIDER"

http://exposecorruptcourts.blogspot.com/2013/02/judges-were-illegally-wiretapped-says.html

Not only were attorneys targeted for 24/7 wiretapping of their personal and business phones, but judges in New York also became victims of the illegal whims of political insiders, according to a former insider who says he supervised parts of the operation for years.

It was previously reported that evidence was obtained on January 24, 2013 confirming illegal actions against New York attorneys, **including the continuous and illegal wiretapping of their phones and the complete capture and copying of all internet ISP activity, including email.**  CLICK HERE TO SEE BACKGROUND STORY "Former Insider Admits to Illegal Wiretaps for "Ethics Bosses"

The Manhattan-based attorney ethics committee, the Departmental Disciplinary Committee (the "DDC"), a state-run entity that oversees the "ethics" of those who practice law in The Bronx and Manhattan, has been identified of **utilizing the illegal activity- at will, and by whim- to either target or protect certain attorneys.** One Manhattan supervising ethics attorney, Naomi Goldstein, was identified as a regular requestor of the **illegal tape recordings, and former chief counsel [DEFENDANT] Thomas Cahill has been described in interviews as being "very involved" to those who were conducting the illegal activity.**  Cahill subsequently retired, however New York State-paid attorney Naomi Goldstein still supervises "ethics" investigations from her Wall Street DDC 2nd floor office at 61 Broadway.  THERE'S MORE TO THIS STORY, see the first 3 judges identified ...... CLICK HERE TO SEE THE LATEST ETHICSGATE UPDATE

**WEDNESDAY, FEBRUARY 13, 2013**

# "JUDGES WERE ILLEGALLY WIRETAPPED, SAYS INSIDER"

http://ethicsgate.blogspot.com/2013/02/judges-were-illegally-wiretapped-says.html

**Ethicsgate**

According to the source, one New York "ethics" legend, Alan Friedberg, was "very well known" to those conducting the illegal wiretapping activity.  Friedberg, who has become the poster child for unethical tactics while conducting "ethics" inquiries, appears to have been present in the various state offices where illegal wiretaps were utilized. Friedberg worked for the New York State Commission on Judicial Conduct (the "CJC") before running the Manhattan attorney "ethics" committee as chief counsel for a few years.  Friedberg then resurfaced at the CJC, where he remains today.  The CJC investigates ethics complaints of all judges in New York State.

**Judges Deserve Justice Too, Unless Political Hacks Decide Otherwise**

While court administrators have effectively disgraced most judges with substandard compensation, it appears that at least the selective enforcement of "ethics" rules, dirty tricks and retaliation were equally employed on lawyers and judges alike.

According to the insider, targeted judges had their cellphones, homes and court phones wiretapped- all without required court orders.  In addition, according to the source, certain courtrooms, chambers and robing rooms were illegally bugged.

A quick review of notes from over one million pages of evidence, according to the insider, reveals that the "black bag jobs" included: NYS Supreme Court Judge, the Hon. Alice Schlesinger (Manhattan), Criminal Court Judge, the Hon. Shari R. Michels (Brooklyn) and NYS Supreme Court Judge, the Bernadette Bayne (Brooklyn).

More coming soon........  sign up for email alerts, at the top of this page........

CLICK HERE to see, "Top Judicial 'Ethics' Lawyer Settles Lack-of-Sex Lawsuit"

30. That on Friday February 15, 2013, ECC released the story,

# "NY GOVERNOR ANDREW CUOMO ASKED TO SHUT DOWN JUDICIAL "ETHICS" OFFICES."

http://ethicsgate.blogspot.com/2013/02/ny-governor-andrew-cuomo-asked-to-shut.html

Selected Quotes from that story,

New York State Governor Andrew Cuomo has been formally requested to immediately shut down the offices of The Commission on Judicial Conduct (the "CJC"), the state agency charged with overseeing the ethics of all judges in the Empire State.  The request comes from a public integrity group after confirmation that the CJC has been involved in illegally wiretapping and other illegal  "black bag operations" for years.

Governor Cuomo is asked to send New York State Troopers to close and secure the state's three judicial ethics offices: the main office on the 12th floor at 61 Broadway in Manhattan, the capital office in Albany at the Corning Tower in the Empire State Plaza, and the northwest regional office at 400 Andrews Street in Rochester.

The Governor is asked to telephone the Assistant United States Attorney who is overseeing the millions of items of evidence, most of which that has been secreted from the public- and the governor- by a federal court order.

Governor Cuomo was provided with the direct telephone number of the involved federal prosecutor, and simply requested to confirm

35

that evidence exists that certain state employees in New York's so-called judicial "ethics" committee illegally wiretapped state judges.

The request to the governor will be posted at www.ethicsgate.com later today.  (Media inquiries can be made to 202-374-3680.)

31. That on Friday, February 15, 2013, ECC released the story,

## "SEE THE LETTER TO NEW YORK GOVERNOR ANDREW CUOMO RE: WIRETAPPING JUDGES"

http://ethicsgate.blogspot.com/2013/02/letter-to-new-york-governor-andrew.html

Selected quotes from that article and the letter to Cuomo,

Friday, February 15, 2013
Letter to New York Governor Andrew Cuomo
Re: Wiretapping Judges

The letter was delivered to the Governor's Manhattan and Albany offices:

Reform2013.com

[**REDACTED**]
202-374-3680 tel
202-827-9828 fax
[**REDACTED**]

February 15, 2013
The Honorable Andrew M. Cuomo,
Governor of New York State
NYS Captiol Building
Albany, New York 12224     [**REDACTED**]

[**REDACTED**]
[**REDACTED**]

**RE: ILLEGAL WIRETAPPING OF JUDGES BY THE COMMISSION ON JUDICIAL CONDUCT**

Dear Governor Cuomo

I respectfully request that you telephone Assistant U.S. Attorney [**REDACTED**] and ask whether there is any credible evidence in the millions of documents, currently under court seal in case # [**REDACTED**] regarding the illegal wiretapping of New York State judges and attorneys [**REDACTED**]

I believe you will quickly confirm that certain NYS employees at the judicial and attorney "ethics" committees routinely directed such "black bag operations" by grossly and illegally abusing their access to [**REDACTED**]

New York judges and lawyers, and obviously the public, deserve immediate action to address the widespread corruption in and about the state's so-called "ethics" oversight entities. According, it is requested that you temporarily shut down and secure New York's "ethics" offices and appoint, by executive order, an Ethics Commission to investigate, etc.

Please take immediate action regarding this vital issue, and so as to continue your efforts to help all New Yorkers restore their faith in their government. [**REDACTED**]

cc:

Assistant U.S. Attorney [**REDACTED**]
The Hon. [**REDACTED**]
[**REDACTED**]

32. That on Tuesday, February 19, 2013, ECC released the story,

# "ETHICSGATE UPDATE FAXED TO EVERY U.S. SENATOR THE ULTIMATE VIOLATION OF TRUST IS THE CORRUPTION OF ETHICS OVERSIGHT" EXCLUSIVE UPDATE:

http://exposecorruptcourts.blogspot.com/2013/02/ethicsgate-update-faxed-to-every-us.html

Tuesday, February 19, 2013 --- New York State Governor Andrew Cuomo asked to shut down judicial "Ethics" offices after evidence reveals illegal wiretapping of judges - Andrew Cuomo was formally requested on Friday, February 15, 2013 to shut down the NYS Commission on Judicial Conduct, the state agency charged with overseeing the ethics of all non-federal judges in the Empire State. Governor Cuomo will confirm with federal prosecutors that a case, where millions of documents are held under seal, contains evidence of widespread "black bag operations" that advanced, over more than a decade, knowingly false allegations against targets while protecting favored insiders, including Wall Street attorneys.... See the full story at:  www.ethicsgate.com"

33. That on Thursday, February 28, 2013, ECC released the story,

# "NEW YORK SENATORS ASKED TO APPOINT ETHICS CORRUPTION LIAISON…EVERY NEW YORK STATE SENATOR HAS BEEN REQUESTED TO APPOINT AN "ETHICS CORRUPTION LIAISON" SO THAT TIMELY INFORMATION IN THE EVER-GROWING SCANDAL INSIDE NEW YORK'S SO-CALLED "ETHICS" ENTITIES MAY BE PROVIDED TO EACH STATE SENATOR.

`http://exposecorruptcourts.blogspot.com/2013/02/new-york-senators-asked-to-appoint.html

Reform2013.com
Ethicsgate.com

February 28, 2013
Via Facsimile  [as noted below]

**RE: Illegal Wiretapping of NYS Judges and Attorneys by "Ethics" Entities**

Dear Senator,

On February 15, 2013, we formally requested that Governor Cuomo contact the Assistant U.S. Attorney handling a sensitive federal case wherein credible evidence, in the millions of documents currently under court seal, support the allegation of the widespread illegal wiretapping of New York State judges and attorneys over at least the last ten years.  In addition, other individuals- unrelated to that sealed federal matter- allege the exact same illegal activity.

The illegal wiretapping is alleged to have been directed by named senior personnel (and NYS employees) at the Commission on Judicial Conduct (the "CJC") and by at least two of the state's 4 judicial departments' attorney ethics committees.

We are, of course, confident that Governor Cuomo is taking decisive action regarding these troubling allegations, and we are now requesting that you, as a New York State Senator, begin a comprehensive review of the troubling issues.

As we are all aware, certain corrupt forces in New York have caused tremendous damage to the very soul of this great state. Now, the improper actions have accomplished the "ultimate corruption" - they have compromised and corrupted New York's so-called "ethics oversight" entities.

New York judges and lawyers, and obviously the public, deserve immediate action to address the widespread corruption in and about the state's so-called "ethics" oversight entities. (Additional information is available at www.Reform2013.com)

Accordingly, it is requested that you direct someone in your office to act as the liaison regarding this Ethics Corruption, and that he or she be in contact with us so that we may best communicate information to your office.  Please have your designee contact us at their earliest convenience.  Thank you.

Very truly yours,
Reform2013

34. That on Wednesday April 03, 2013, ECC released the story,

## FORMAL COMPLAINT FILED AGAINST NYS EMPLOYEES FOR ILLEGAL WIRETAPPING...THE WIDESPREAD ILLEGAL WIRETAPPING INCLUDED TARGETED NEW YORK STATE JUDGES AND ATTORNEYS.....

Reform2013.com
P.O. Box 3493
New York, New York 10163
202-374-3680 tel

202-827-9828 fax

via facsimile # 202-514-6588

April 3, 2013

Robert Moossy, Jr., Section Chief
Criminal Section, Civil Rights Division
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

**RE: FORMAL COMPLAINT AGAINST NEW YORK STATE EMPLOYEES INVOLVING CONSTITUTIONAL VIOLATIONS, INCLUDING WIDESPREAD ILLEGAL WIRETAPPING**

Dear Mr. Moossy,

In researching and reporting on various acts of corruption in and about the New York State Court System, specific reviewed evidence supports allegations that over a ten-year-plus period of time, certain NYS employees participated in the widespread practice of illegal wiretapping, inter alia. As these individuals were in supervisory positions at "ethics oversight" committees, the illegal wiretapping largely concerned attorneys and judges, but their actions also targeted other individuals who had some type of dealings with those judicial and attorney "ethics" committees.

The NY state-employed individuals herein complained of include New York State admitted attorneys **Thomas Joseph Cahill, Alan Wayne Friedberg, Sherry Kruger Cohen, David Spokony and Naomi Freyda Goldstein**.

At some point in time shortly after 9/11, and by methods not addressed here,  **these individuals improperly utilized access to, and devices of, the lawful operations of the Joint Terrorism Task Force (the "JTTF").  These**

**individuals completely violated the provisions of FISA, ECPA and the Patriot Act for their own personal and political agendas.**  Specifically, these NY state employees essentially commenced "black bag operations," including illegal wiretapping, against whomever they chose- and without legitimate or lawful purpose.

To be clear, any lawful act involving the important work of the JTTF is to be applauded.  The herein complaint simply addresses the unlawful access- and use- of JTTF related operations for the personal and political whims of those who improperly acted under the color of law.  Indeed, illegally utilizing JTTF resources is not only illegal, it is a complete insult to those involved in such important work.

In fact, hard-working and good-intentioned prosecutors and investigators (federal and state) are also victims here, as they were guided and primed with knowingly false information.

Operations involving lawful activity- and especially as part of the important work of the JTTF and related agencies- are not at issue here. This complaint concerns the illegal use and abuse of such lawful operations for personal and political gain, and all such activity while acting under the color of law.  This un-checked access to highly-skilled operatives found undeserving protection for some connected wrong-doers, and the complete destruction of others- on a whim, including the pre-prosecution priming of falsehoods ("set-ups").  The aftermath of such abuse for such an extended period of time is staggering.

It is believed that most of the 1.5 million-plus items in evidence now under seal in Federal District Court for the Eastern District of New York, case #09cr405 (EDNY) supports the fact, over a ten-year-plus period of time, of the illegal wiretapping of New York State judges, attorneys, and related targets, as directed by state employees.

To be sure, the defendant in #09cr405, Frederick Celani, is a felon who is now regarded by many as a conman. Notwithstanding the individual (Celani), the evidence is clear that Celani once supervised lawful  "black bag operations," and, further, that certain

NYS employees illegally utilized access to such operations for their own illegal purposes. (Simple reference is made to another felon, the respected former Chief Judge of the New York State Court of Appeals, Sol Wachtler, who many believe was victimized by political pre-priming prosecution.)

In early February, 2013, I personally reviewed, by appropriate FOIL request to a NYS Court Administrative Agency, over 1000 documents related to the herein complaint. Those documents, and other evidence, fully support Celani's claim of his once-lawful supervisory role in such JTTF operations, and his extended involvement with those herein named. (The names of specific targeted judges and attorneys are available.)

One sworn affidavit, by an attorney, confirms the various illegal activity of Manhattan's attorney "ethics" committee, the Departmental Disciplinary Committee (the "DDC"), which includes allowing cover law firm operations to engage in the practice of law without a law license. Specifically, evidence (attorney affidavits, etc.) supports the claim that Naomi Goldstein, and other DDC employees supervised the protection of the unlicensed practice of law. The evidence also shows that Ms. Goldstein knowingly permitted the unlicensed practice of law, over a five-year-plus period of time, for the purpose of gaining access to, and information from, hundreds of litigants.

Evidence also supports the widespread illegal use of "black bag operations" by the NYS employees for a wide-range of objectives: to target or protect a certain judge or attorney, to set-up anyone who had been deemed to be a target, or to simply achieve a certain goal. The illegal activity is believed to not only have involved attorneys and judges throughout all of the New York State, including all 4 court-designated ethics "departments," but also in matters beyond the borders of New York.

Other evidence points to varying and widespread illegal activity, and knowledge of such activity, by these and other NYS employees- all of startling proportions.

The "set-up" of numerous individuals for an alleged plot to bomb a Riverdale, NY Synagogue. These individuals are currently

incarcerated.  The trial judge, U.S. District Court Judge Colleen McMahon, who publicly expressed concerns over the case, saying, "I have never heard anything like the facts of this case. I don't think any other judge has ever heard anything like the facts of this case." (2nd Circuit 11cr2763)

The concerted effort to fix numerous cases where confirmed associates of organized crime had made physical threats upon litigants and/or witnesses, and/or had financial interests in the outcome of certain court cases.

The judicial and attorney protection/operations, to gain control, of the $250 million-plus Thomas Carvel estate matters, and the pre-prosecution priming of the $150 million-plus Brooke Astor estate.

The thwarting of new evidence involving a mid 1990's "set-up" of an individual, who spent over 4 years in prison because he would not remain silent about evidence he had involving financial irregularities and child molestation by a CEO of a prominent Westchester, NY non-profit organization. (Hon. John F. Keenan)

The wire-tapping and ISP capture, etc., of DDC attorney, Christine C. Anderson, who had filed a lawsuit after being assaulted by a supervisor, Sherry Cohen, and after complaining that certain evidence in ethics case files had been improperly destroyed. (See SDNY case #07cv9599 - Hon. Shira A. Scheindlin, U.S.D.J.)

The eToys litigation and bankruptcy, and associates of Marc Dreir, involving over $500 million and the protection by the DDC of certain attorneys, one who was found to have lied to a federal judge over 15 times.

The "set-up" and "chilling" of effective legal counsel of a disabled woman by a powerful CEO and his law firms, resulting in her having no contact with her children for over 6 years.

The wrongful detention for 4 years, prompted by influential NY law firms, of an early whistleblower of the massive Wall Street financial irregularities involving Bear Sterns and where protected attorney-client conversations were recorded and distributed.

The blocking of attorney accountability in the $1.25 billion Swiss Bank Holocaust Survivor settlement where one involved NY admitted attorney was ultimately disbarred- in New Jersey. Only then, and after 10 years, did the DDC follow with disbarment. (Gizella Weisshaus v. Fagan)

Additional information will be posted on www.Reform2013.com
The allegations of widespread wiretapping by New York's so-called "ethics" committees were relayed to New York Governor Andrew M. Cuomo on February 15, 2013, and to the DDC Chairman Mr. Roy R. L. Reardon, Esq., who confirmed, on March 27, 2013, his knowledge of the allegations. (Previously, on March 25, 2013, I had written to DDC Deputy Chief Counsel Naomi Goldstein, copying Mr. Reardon, of my hope that she would simply tell the truth about the improper activity, inter alia.)

New York judges and lawyers, and obviously the public, deserve immediate action to address the widespread corruption in and about New York's so-called "ethics" oversight entities.

Please take immediate action regarding this troubling issue, and so as to continue the DOJ's efforts to help all New Yorkers restore their faith in their government.

cc:

- **U.S. Attorney Loretta E. Lynch via facsimile 718-254-6479 and 631-715-7922**
- **U.S. DOJ Civil Rights Section via facsimile 202-307-1379, 202-514-0212**
- **The Hon. Arthur D. Spatt, via facsimile 631-712-5626**
- **The Hon. Colleen McMahon via facsimile 212-805-6326**
- **Hon. Shira A. Scheindlin via facsimile 212-805-7920**
- **Assistant U.S. Attorney Demetri Jones via facsimile 631-715-7922**
- **Assistant U.S. Attorney Perry Carbone via facsimile 914-993-1980**
- **Assistant U.S. Attorney Brendan McGuire  via 212-637-2615 and 212-637-0016**
- **FBI SSA Robert Hennigan via facsimile 212-384-4073 and 212-384-4074**

- **Pending SEC Chair Mary Jo White via facsimile 212-909-6836**

Posted by Corrupt Courts Administrator at 2:11 PM

35. That in the ECC stories from June 27, 2012 through February 28, 2013 listed herein a Pattern and Practice of Public Office Corruption is apparent, with now admitted Felony Obstruction of Justice by the person contracted to violate "targets" rights, committed by New York Public Officials that are Defendants in this lawsuit and matching identically the types of CRIMINAL CONSPIRATORIAL OBSTRUCTIONS revealed in the Anderson lawsuit. After speaking with the source of the story McKeown, on information and belief, Plaintiff and the other "related" suits were also "targets." These are inconceivable allegations of Public Officials targeting not only other Public Officials and Whistleblowers such as Anderson and Corrado but private citizens in lawsuit against them. Public Officials committing CRIMINAL ACTS to intentionally OBSTRUCT JUSTICE using, on information and belief, ILLEGALLY OBSTAINED PUBLIC RESOURCES and FUNDS to finance and operate these criminal activities and obstructions. That these acts committed to "Obstruct Justice" in these proceedings, through a variety of racketeering style behavior, aid and abet further the criminal activities of Defendants in the Anderson lawsuit and the legally related lawsuits and continue to violate Plaintiffs rights through continued denial of due process and procedure, through continued legal process abuse and continued Fraud on this Court.

## IV.   DENIAL OF COUNSEL THROUGH EXTORTION AND MORE

36. That these events have deprived Plaintiff not only Due Process under Law from the Obstructions but these Obstructions are unique, as they come from Attorney at Law Regulatory Agencies that are named Defendants in this RICO and which have added a new level of Obstruction in denying Plaintiffs the ability to seek legal counsel due to their control over the legal processes and over Attorneys at Law.  That any Attorney at Law after reading the exhibited articles herein would be crazy not fearing becoming the next "target" of the Attorney at Law Regulatory Agencies and being disbarred, fired, blackballed or worse.  Where the Criminal RICO Enterprise described in the Amended Complaint and RICO Statement is composed mainly of alleged Criminals who are disguised as Attorneys at Law and through misuse of these legal titles (according to the stories many illegally gained for now a decade),

   i.  the Criminal Legal Cartel operates a variety of Law Firms to run complex legal crimes, for example, bankruptcy scams, real estate scams, securities scams, estate scams, family court scams and more.

  ii.  the Criminal Legal Cartel employs Criminals who are disguised as Attorneys at Law and peppered with legal degrees that may be false degrees according to the articles herein with non-lawyers being handed legal "degrees" by the "Cleaner" Goldstein.

 iii.  the Criminal Legal Cartel employs Criminals disguised as Attorneys at Law to act as Judges in State and Federal Cases.

iv.   the Criminal Legal Cartel employs Criminals disguised as Public Officials whom are inserted into various government agencies both state and federal to derail any investigations into their criminal activities.

37. That the articles cited herein clearly show that the alleged Criminals are disguised as Attorneys at Law and any Principled and Ethical Attorneys at Law that are attempting **to help** Plaintiffs prosecute these Criminals disguised as Attorneys at Law then become targeted by other Criminal Attorneys at Law who are misusing their Public Offices and illegally using a mass of public funds and resources to then target Good Guy Whistleblowers like Anderson and Corrado.  Anderson and Corrado two credible experts in ATTORNEY MISCONDUCT COMPLAINTS, trying to do the right thing by helping victims, who then risk their lives to expose before this Court these schemes of their superiors gone rogue, including those at the highest outposts of the New York Supreme Court Attorney at Law Regulatory Agencies and look how wonderfully they have been treated, including by this Court.

38. That these news articles when viewed through the eye of an Attorney at Law looking to help Plaintiffs, who sees that they too will be "targets" and disbarred or worse, now acts to block Due Process by denying and disabling Plaintiffs rights to have honest Attorneys at Law represent their cases who do not fear this kind of "targeted" blowback and retribution.  Especially when the retribution is from the very legal regulatory agencies that control their licenses to practice law and that can strip them of their license and livelihood if they help Plaintiffs that will prosecute and expose them for their crimes.

The New York Supreme Court Disciplinary Departments are in fact seen as the alleged Criminal Villains in these articles, accused of Infiltrating and Subverting Government Agencies for personal gains and

   i. "targeting" innocent civilians like Plaintiff and stealing their assets and properties through complex legal schemes as described in the RICO Statement in the Amended Complaint and then further victimizing them through legal process abuse, as is exemplified in each of the legally related cases to Anderson,

   ii. violating the  United States Joint Terrorism Task Force by misusing public funds and resources to target innocent parties (this may constitute Treason or some form of High Crime and Misdemeanor[18]),

   iii. violating the Patriot Act against targeted innocent civilians for personal gains (this may constitute Treason or some form of High Crime and Misdemeanor )

   iv. violating the rights of Whistleblowers and other "targets" by misusing public funds and resources against innocent civilians,

   v. targeting judges that are trying to uphold justice and prosecute these corrupted state regulatory agencies actors in the courts, however, since almost all judges are now Attorneys at Law, they too are under oversight of the Attorney at Law Disciplinary

---

[18] "The charge of high crimes and misdemeanors covers allegations of misconduct peculiar to officials, such as perjury of oath, abuse of authority, bribery, intimidation, misuse of assets, failure to supervise, dereliction of duty, conduct unbecoming, and refusal to obey a lawful order. Offenses by officials also include ordinary crimes, but perhaps with different standards of proof and punishment than for nonofficials, on the grounds that more is expected of officials by their oaths of office." http://en.wikipedia.org/wiki/High_crimes_and_misdemeanours

Committees and State Bars that are exposed to be controlled by the Criminal Legal

Cartel Law Firms top down.

39. That the number of crimes alleged in just this last paragraph is too overwhelming to count and so disabling to our System of Jurisprudence and Government as to constitute a Treason on the United States Government via a Coup D'état to disable Law at the Highest Outpost of Law. A lawless legal system disabling the laws that regulate Wallstreet Lawyers, who are really alleged criminals disguised as Wallstreet Lawyers and yes these very same criminals are now found behind the collapse of world markets and yes, the fox is in the henhouse and humanity is being slaughtered and there is no justice and so this Court must now make a stand to join force with either injustice or justice and restore law and order, one court at time, starting here.  The foxes are criminals with Attorney at Law licenses dressed in a variety of governmental roles, including but not limited to, US Attorneys, DA's, ADA's, Justices, Prosecutors, Regulators, Corporate Executives and more, working to disable laws, failing to prosecute crimes for their friends, failing to recover stolen monies, failing to return stolen homes and now destroying millions upon millions of lives of American's and citizen's worldwide. Again, this is not some fantastic phantasmagorical hallucination from a hookah smoking caterpillar, this is evidence is from CREDIBLE EYEWITNESSES, including but not limited to, TWO NEW YORK SUPREME COURT ATTORNEY AT LAW DISCIPLINARY DEPARTMENT EXPERTS AND THEIR WHISTLEBLOWING TESTIMONIES, NOW AN INSIDER WHO WAS CONTRACTED TO COMMITTED

THE ILLEGAL ACTS and the outstanding heroic efforts of the legally related cases Plaintiffs who have suffered the tyranny of this group of rogue Attorneys at Law, some for twenty years or more.

40. That while the 6th Amendment was designed primarily for criminal defendants, there are also special circumstances, like those in this RICO Lawsuit and all the legally related Anderson lawsuits that would allow this Court to grant similar rights in civil cases. Granting counsel that is vetted for further Conflicts and where these new and hopefully honest Attorneys at Law could instantly be protected from backlash from the Regulatory Agencies in order to represent these cases and ensure the rights of all these HEROIC Plaintiffs and Whistleblowers, who have risked their lives to expose the corruption. This Court must ensure due process through the right to counsel, especially, where the right to counsel has been interfered with by the alleged criminal acts. Obviously these Corrupted Attorneys at Law will not self-regulate and prosecute themselves, however, as in this case, they will represent themselves against their former clients in conflict and violate wholly their due process rights and their privacy rights and more to win at any cost. The more disturbing part is that these flagrant Abuses of Process and alleged felonious acts are allowed by the Court's, no matter how egregious the violations of law, violating the victims further in the courts with the Judge's blessing and enabling rulings and orders to further shut down the victims, their "targets," making the courts and justices rubber stamping the insanity merely tools of the Cartel.

41. This Court cannot over look yet another "insider" and now another CREDIBLE EYEWITNESS AND PARTY TO THE CRIMINAL OBSTRUCTIONS named in the articles further herein, now turning evidence over to the US Attorney with admission to having been ILLEGALLY CONTRACTED TO ILLEGALLY WIRETAP ANDERSON, FOLLOW HER LIKE SHE WERE A TERRORIST, ILLEGALLY WIRETAP JUDGES CHAMBERS, HOMES and even DRESSING ROOMS and SURVEIL THEM LIKE ANIMALS and to top it off, do these same crimes against CIVILIAN "TARGETS," in efforts to intentionally "Obstruct Justice" after committing crimes against them. Now another INSIDER who claims to have been contracted to perform these illegal Obstructions by several Defendants in this RICO and others in Public Offices comes forth and what is this Court doing about it. Apparently this Court has been working tirelessly with Proskauer and the New York Attorney General to try and frame Plaintiff for Contempt and busy counting page numbers in Plaintiff's filing as their logic for contempt (Plaintiff will provide better ammo at the end of this Petition for Contempt charges against him), as anyone who looks at this lawsuit can see the Defendants have no defenses other than to OBSTRUCT JUSTICE AND DENY DUE PROCESS.

42. The Insider in the articles, Frederic Celani is claimed in the articles to be working with Federal Agents and has already turned over evidence that includes video/audio recordings, eyewitness accounts of Public Officials meeting him in odd places, millions of documents and statements that he was contracted to **"Target" victims with the direct intent to Obstruct Justice in this Court** and what is this Court's response, to date.

NOTHING, other than to threaten Plaintiff with Contempt Charges for telling the truth, despite the number of pages it takes, which is voluminous indeed as the number of crimes against him have been in the hundreds as pled perfectly in the Amended Complaint and RICO statement.  Can't make this shit up.

## V.   RE OPEN AND REHEAR BASED ADDITIONAL NEW EVIDENCE OF NEW RICO CRIMINAL ACTS COMMITTED AGAINST PLAINTIFF BY SEVERAL DEFENDANTS IN THIS RICO, INCLUDING BUT NOT LIMITED TO, ABUSE OF LEGAL PROCESS, THEFT OF INHERITANCE, POSSIBLE INVOLVEMENT OF DEFENDNATS IN THE ALLEGED MURDER OF SIMON L. BERNSTEIN.

43. That the criminal acts against Plaintiffs and others rights to privacy and property described herein again illustrate a pattern and practice of new and ongoing RICO activity against Plaintiff and again reveals misuse of Public Offices by criminals disguised as Public Officials, who are providing continued cover for criminal activities, usually run through rogue Law Firms, used to infiltrate and derail due process and commit FRAUD ON THE COURT(S) and FRAUD in Regulatory Agencies and Prosecutorial offices, as evidenced by CREDIBLE EYEWITNESS WHISTLEBLOWERS in the related Anderson case and by Celani.  These are not claims made by Pro Se Plaintiff of a legal conspiracy, or some high minded "conspiracy theory," instead these claims are from long standing

and outstanding members (heroes) of the legal system, credible experts in the art of Attorney at Law Misconduct who make these claims of Conspiracy deep inside the legal framework that wholly expose the innards of the criminal RICO cartel that has consumed the legal framework system, disabling law and order top down.

44. That this is irrefutable evidence of massive corruption this Court can no longer deny and no longer make silly claims that Plaintiff's has failed to state a claim, or pled to many pages etc., this is irrefutable evidence of a massive conspiracy affecting directly both this Lawsuit and Plaintiff and his family's rights to life, liberty and the pursuit of happiness. A threat to every US Citizen of a corrupted judiciary.  Provisions against Conspiracies to Interfere with Civil Rights (42 U.S.C. § 1985) 42 U.S.C. § 1985 grants a civil cause of action for damages caused by various types of conspiracies aimed at injuring a person in his/her person or property, or denying him/her a Federal right or privilege.  § 1985 mainly deals with three instances of conspiracy: those aimed at preventing an officer from performing his/her duties; those aimed at obstructing justice by intimidating a party, witness, or juror; and those aimed at depriving a person's rights or privileges.

45. That the following NEW legal actions involving Plaintiff and certain Defendants in this Lawsuit, including but not limited to, central conspirators of the original criminal acts of Intellectual Property Theft from Plaintiff by his retained Intellectual Property Law Firms, Defendants Proskauer, Greenberg Traurig and Foley & Lardner, show a continued pattern and practice of criminal activity designed against Plaintiff to cause harms in a variety of ways, typical of a Criminal RICO Enterprises.

46. That in each of the legal actions described below, other than the estate actions, it should be noted by this Court that Plaintiff Bernstein is the defendant in almost all of them and is somehow or another dragged into these actions regarding himself, the Iviewit companies and his Intellectual Properties, without any service, due process or procedure. In each case, all roads lead back to a nexus of Defendants involved in this RICO, the central conspirators of the over 5,000 Defendants in this case, as evidence further herein.

47. That Plaintiff is inserted into these legal actions in bizarre and illegal ways, with judgments and rulings allegedly against him and his companies, defaming him and accusing him in rulings by judges and published articles worldwide of Felony crimes he has never been tried or prosecuted or even accused of. All efforts to smear, gain false judgments and garnish bogus liens against him, including in actions he has never been a party too nor asserted defenses on his behalf in. In many of the following cases Plaintiff did not even know the cases existed until after rulings and determinations were made.

48. That these continuing conspiratorial acts are designed to continue legal process abuse against Plaintiff, in order to,

   i.   harass and defame him through legal process abuse,

   ii.  to commit theft of personal property and inheritance through legal process abuse,

   iii. to gain false judgments and liens against Plaintiff through legal process abuse, liens to pursue if Plaintiff is to receive an expected inheritance before they can steal it all, and

iv.   to target and shut down individuals and others who are publishing information regarding Plaintiff's RICO, the legally related cases, Your Honor and many of the Defendants in these cases and trying to get TRUTHOUT.

49. That all of these legal process abuses are committed through new Frauds on a variety of courts and Frauds on Public Offices, as defined further herein.  The list of new legal actions involving Plaintiff and key Defendant Law Firms and Attorneys at Law, include but are not limited to all of the following:

## VI.   ABUSE OF PROCESS CLAIMS

### 1.   OBSIDIAN FINANCE GROUP, LLC ET AL. V. COX CASE NO. 3:11-CV-00057-HZ (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)[19]

50. That on January 2011 Obsidian V. Cox was Filed in the District of Oregon.

51. That this case involves Crystal Cox ("Cox") who is an investigative journalist reporting on the Plaintiffs and Defendants in the Anderson and Legally Related Cases and reporting upon the actions and inactions of this Court.

52. That Cox has now also become the target of several central Defendants of this RICO and ANTITRUST Lawsuit through LEGAL PROCESS ABUSE and more.

53. That now these same Defendants in this RICO are now inextricably bound to the Obsidian lawsuit.

---

[19] Response To Demand for Summary Judgment. Objection to Summary Judgment for Damages.
http://ia600403.us.archive.org/9/items/gov.uscourts.ord.101036/gov.uscourts.ord.101036.25.0.pdf

54. That upon my knowledge, information and belief, The Obsidian Finance Group v. Crystal Cox trial was in November of 2011 and there was a $2.5 million dollar verdict rendered to Cox. At that time and at all times, Cox was the only named and served defendant in that case, the only defendant on trial, and the only defendant a judgment was ordered against.

55. That six months after a judgment was issued against Cox in the case, which is now on appeal with the famed First Amendment Rights Attorney at Law and Professor Eugene Volokh, Esq., Professor at UCLA School of Law who is representing Cox, attempts were made to add Plaintiff Bernstein via a "Supplemental Motion" to the Obsidian lawsuit as a defendant and have him added to the 2.5 Million Dollar Judgment in effect.  After the case was already decided and where Plaintiff was not ever before a party.[20]

56. That several hours after the filing of this "Supplemental Complaint" the Judge struck it from the record, as indicated in the Docket report below.

| 05/11/2012 | 136 | **STRICKEN per order of 5/11/2012.** ~~Supplemental Complaint. *(statutory fee exempt status selected)* Jury Trial Requested: Yes. Filed by Obsidian Finance Group, LLC, Kevin D. Padrick against All Defendants. (Aman, David)~~ Modified on 5/11/2012 (mr). (Entered: 05/11/2012) |
| 05/11/2012 | 137 | **STRICKEN per order of 5/11/2012.** ~~Proposed Summons *to Eliot Bernstein* Filed by All Plaintiffs. (Aman, David)~~ Modified on 5/11/2012 (mr). (Entered: 05/11/2012) |
| 05/11/2012 | 138 | **ORDER:** STRIKING the supplemental complaint 136 and proposed summons 137 for failure to comply with FRCP 15(d) which requires that the party seeking to file a supplemental complaint do so by motion. Fed. R. Civ. P. 15(d); see also Connectu, LLC v. Zuckerberg, 522 F.3d 82, 90 (1st Cir. 2008) (supplemental complaint cannot be filed as a matter of course). |

---

[20] SUPPLEMENTAL COMPLAINT (FRAUDULENT TRANSFER)
http://ia600403.us.archive.org/9/items/gov.uscourts.ord.101036/gov.uscourts.ord.101036.136.0.pdf

| | | In any motion for leave to file a supplemental complaint, plaintiffs are requested to thoroughly address, with relevant authority, the following issues: (1) this Court's jurisdiction over the matter given that a Notice of Appeal has been filed; (2) whether a supplemental complaint is allowed post-judgment; (3) why the alleged fraudulent transfer claim should be raised in a supplemental complaint as opposed to bringing it in a new action. Ordered by Judge Marco A. Hernandez. Copy of this order emailed and mailed to defendant Crystal Cox. (mr) (Entered: 05/11/2012) |
|---|---|---|

57. That upon my knowledge, information and belief, the District of Oregon court by Judge Marco Hernandez ("Hernandez") within hours denied this FRAUDULENT attempt to add Bernstein as a defendant in the lawsuit after the fact and yet this reveals another instance of attempted Fraud on that Court through Abuse of Process by these criminals disguised as Attorneys at Law in efforts to secure a judgment against Plaintiff and further defame and harass him.  However, despite this attempt being denied by that Court, Plaintiff now appears to be a defendant on the docket of that lawsuit, despite never having been a defendant in the case or ever being served in the suit and this acts to defame and damage Plaintiff despite the ruling to strike Plaintiff as a defendant.  Anyone looking up the case for example at Pacer sees Plaintiff as a defendant and may presume the Judgment was rendered against him too.  That this constitutes further RICO acts against Plaintiff in harassing him through further Abuse of Process and more.

58. That upon my knowledge, information and belief, the District of Oregon court strikingly however failed to docket a single counter defendant sued by Cox in her counter complaint and yet made sure to get Plaintiff center stage billing on the docket for such a brief appearance.

59.  That upon my knowledge, information and belief, David S. Aman ("Aman") is a lawyer

with Tonkon Torp Law Firm ("TT") in Portland Oregon. Aman is counsel for Obsidian

Finance Group and Kevin D. Padrick ("Padrick"), in the legal action Obsidian Finance

Group v. Crystal Cox. ( District of Oregon 3:11-cv-00057-HZ ). Aman was involved in

the Summit bankruptcy in which Cox, an investigative blogger had been reporting on for

three years. Aman was named in an objection to the fees legal action filed by Stephanie

Studebaker DeYoung ("DeYoung"), and other Summit bankruptcy investors and

creditors. Aman deposed Cox's "source", the Summit bankruptcy whistleblower

DeYoung years prior to Obsidian Finance Group v. Crystal Cox, and knew the role that

Cox played in the reporting of the Summit bankruptcy case. Aman filed a legal action

against Cox for 10 million dollars, on behalf of Padrick, bankruptcy trustee. This legal

action was to shut down the blogs of investigative blogger Cox, as these blogs exposed

the details of a $40 million dollar Oregon bankruptcy. These blogs also expose and link

to the details of the Iviewit companies Intellectual Property thefts and wholly cover this

RICO lawsuit and the related lawsuits.  The blogs also tie the involvement of TT clients

Enron and Intel and where Plaintiff alleges that attempted thefts of Plaintiff's Intellectual

Properties were the primary reason by which Enron collapsed through their Enron

Broadband Division and led to Arthur Andersen's collapse, as pleaded previously to this

Court.

60. That upon my knowledge, information and belief, in December of 2011, after a phone

conference with Cox, Porn Industry Attorney Marc "Marco" J. Randazza ("Randazza")

of Randazza Legal Group ("RLG") began negotiating a deal with Aman, attorney for Obsidian. Randazza had no agreement with Cox to represent her and was attempting to stop Cox from appealing Obsidian v. Cox to the Ninth Circuit. Randazza allegedly conspired with Aman to negotiate a deal to stop the appeal, and did not ever tell Cox what the details of this negotiation were. Cox later found out from another attorney of the first amendment bar of Randazza's actions. Randazza had told members of the bar that he represented Cox in the matter of her appeal, and so other Attorneys at Law stayed away from Cox. Randazza's back door dealings and negotiations were exposed by UCLA professor Eugene Volokh to Cox and Volokh has now become Cox's counsel, retained under contract with Mayer Brown for her appeal.

61. That upon my knowledge, information and belief, in retaliation, early in 2012, Randazza of RLG, conspired with Attorney Aman, to set Cox up for the crime of Extortion. Aman initiated this defamatory campaign with an email out of context to the New York Times that was one email out of 5 in a settlement negotiation with Cox. Aman and Randazza conspired to discredit and defame Cox and together convinced Judge Hernandez that extortion had been committed and from there, the world through Big Media and legal bloggers ran with the story that Cox had extorted them, though no extortion complaint was ever filed against her, nor any charge of such in their complaint against her. Allegedly, Randazza assisted Aman in attempting to seize blogs and domain names and shut down the reporting of Cox, by filing motions for a receiver named Lara Pearson

whom Randazza had used before in the Righthaven cases. This receiver was to take

domain names and blogs of Cox and domain names belonging to Plaintiff.

62. That after gaining this ill-gotten, erroneous and unconstitutional judgment, TT Attorney

at Law Aman and Padrick then conspired with journalists for the New York Times,

Forbes and others, to publish stories that would use this judgment to discredit and defame

Plaintiff and Cox further by falsely creating an appearance that they were involved and

convicted for criminal activities and more.

### 2. OBSIDIAN FINANCE GROUP LLC AND KEVIN D PADRICK VS CRYSTAL COX CASE NUMBER: 2:2012MC00017, FILED NOVEMBER 21, 2012, WASHINGTON EASTERN DISTRICT COURT, SPOKANE OFFICE, PRESIDING JUDGE: JAMES P. HUTTON

63. That on information and belief this case is related matter to the Obsidian case above,

although the reason for this case remains unknown.

### 3. WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (CT) D2011-0675 COMPLAINANT PROSKAUER ROSE V. COX AND BERNSTEIN (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL COMPLAINTS, SUBMISSIONS, RULINGS, DETERMINATIONS, ETC.)

64. That on April 2011 Proskauer Rose filed a WIPO Complaint against Cox and again

Plaintiff is inserted throughout the cases, WIPO Case Numbers, (TG) D2011-0678, (CT)

D2011-0679,(CT) D2011-0677, (CT) D2011-0675.

65. That RICO Central Conspirator Defendant Proskauer files this WIPO action in an attempt

to scrub the web of Cox's websites by seizing and shutting down her sites and domains

that contain news articles that report and investigate this RICO Lawsuit and the Legally Related lawsuits.

66.  That Proskauer lost to Cox in these WIPO actions.

67. That Proskauer had attempted to choose a panelist, a one Attorney at Law Peter L. Michaelson ("Michaelson") to hear these WIPO actions who in the end however was disqualified for unknown reasons at that time.   That later Plaintiff learned that Michaelson is wholly conflicted with, including but not limited to, Defendants in this RICO Proskauer, Rubenstein, Judith Kaye, MPEG and other Defendants, how typical of Proskauer to try and slip a conflict in.

68. That Dawn Osborne also recused herself from this action for unknown reasons at this time.

69. That the decisions in this matter can be found at the following url's,

> Defendant Proskauer's Joseph Leccese v. Crystal Cox
>
> http://www.wipo.int/amc/en/domains/search/text.jsp?case=D2011-0679
>
> Defendant Proskauer's Allen Fagin v. Crystal Cox
>
> http://www.wipo.int/amc/en/domains/search/text.jsp?case=D2011-0678
>
> Defendant/Counsel for Proskauer/Pro Se Counsel Gregg M. Mashberg v. Crystal Cox
>
> http://www.wipo.int/amc/en/domains/search/text.jsp?case=D2011-0677
>
> Proskauer Rose LLP v. Leslie Turner (Cox was Respondent)

http://www.wipo.int/amc/en/domains/search/text.jsp?case=D2011-0675

### 4. CZECH ARBITRATION COURT - ADMINISTRATIVE PROCEEDING NO. 100472 (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL COMPLAINTS, SUBMISSIONS, RULINGS, DETERMINATIONS, ETC.)

70. That Self Acclaimed "Porn Industry" Attorney at Law, Randazza, files complaints with this international intellectual property agency in attempts to seize domain names from Cox that have his name in the URL and have many links to this RICO and suppress her blogs and at the same time defame her and Plaintiff.

71. That on June 2012 Randazza filed a CZECH Complaint against Cox and Plaintiff.  The Czech Arbitration Court case worker was Tereza Bartoskova. The Czech Arbitration Court case number was Administrative proceeding No. 100472. This domain name dispute was filed by Randazza.  It was filed against Cox and again Plaintiff was inserted and then without notice this case was withdrawn as Cox prepared and filed her response. Czech Arbitration Court case Administrative Proceeding No. 100472 is hereby included as evidence into this case, in its entirety, including but not limited to, all documents, emails, filings, answers, phone records and all information in this case.

72. Czech Arbitration Court case Administrative proceeding No. 100472 was cancelled after months of document and exhibit submissions by Randazza as well as Respondent.  Cox's answer was filed. Randazza did not notify Respondents, Plaintiff and Cox that he had withdrawn the complaint.  Randazza then, at some point after this, and with no reason as to why the Czech case was cancelled, filed a WIPO Dispute with the same claims. In July

2012, Randazza filed a WIPO Complaint against Cox and again, Plaintiff is inserted from start to finish.

### 5.  WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (EP) D2012-1525 (COMPLAINANT MARC RANDAZZA) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL COMPLAINTS, SUBMISSIONS, RULINGS, DETERMINATIONS, ETC.)

73. That this complaint was never served on Plaintiff and no response was tendered in his defense of this matter, which falsely accuses and defames Plaintiff, stating he has committed "Extortion" and more.

74. That a decision was reached by a one person panelist, this time amazingly by Michaelson, they very guy Defendant Proskauer tried to have in their WIPO complaints but was refused, now ignores his conflicts, which precluded his involvement in the Proskauer WIPO action listed above and jumps right in.  Michaelson denies repeated formal written requests by Cox for disclosure of conflicts and fails to affirm or deny.  Michaelson then makes determinations in the matter that outright accuses Plaintiff and Cox of the criminal act of "Extortion" and more, which then goes on to be Published in MAJOR NEWS PUBLICATIONS, defaming and harassing Cox and Plaintiff and accusing them publically in Official Proceedings and the Press of crimes they had never been accused or tried for.   Sounds eerily similar to the claims of Celani in the ECC articles when referencing those who were set up intentionally for crimes that were 100% bogus.

75. That Plaintiff had never been charged at that time or any time with extortion in a criminal or civil matter, nor has he ever been accused, prosecuted or tried for such crime but with

Michaelson's decision claiming such false and fabricated accusations, a false media campaign was bolstered by an illegally rendered decision and word spread purposely and from a small spark a wild fire of defamatory press has ensued.

76. That Cox has filed a RICO and a Defamation lawsuit and Plaintiff will soon follow against all those involved.

77. That WIPO has no legal capacity to rule on criminal matters or to allege publically in a decision that anyone is acting criminally based on their findings, without that person being found guilty by the proper criminal authorities, yet this is exactly what happened, again illustrating another abuse of process that defames Plaintiff.

78. That again the WIPO panelist that makes these defamatory claims is conflicted to Defendants in this RICO Proskauer Rose, Kenneth Rubenstein, MPEG, Judith Kaye and others, as fully exhibited in Cox's filings in the action, and whereby all filings of this WIPO complaint are hereby incorporated in entirety by reference herein.

79. That in the WIPO decision by Michaelson, he quotes from David Carr of The New York Times in a published article[21], "Ms. Cox, who calls herself an 'investigative blogger,' has a broad range of conspiratorial/journalistic interests. She has written that Bruce Sewell, the general counsel of Apple, 'aids and abets criminals'; that Jeffrey Bewkes, the Chief Executive of Time Warner, is 'a proven technology thief'; and that various Proskauer Rose lawyers have engaged in a pattern of 'conspiracy,'" in order to make Cox look not credible in reporting on Bruce Sewell, General Counsel of Defendant Apple, former

---

[21] http://www.nytimes.com/2011/12/12/business/media/when-truth-survives-free-speech.html?pagewanted=all&_r=0

General Counsel of Defendant Intel and on Defendant Time Warner Inc., BOTH who are directly involved in the iViewit case. Thereby, David Carr of the New York Times is found using "big media" that is well trusted by the public, in order to discredit the iViewIt Technology story, this RICO Lawsuit and the "Legally Related" lawsuits and acts to further defame and slander Plaintiff.

80. That Randazza through the aid of New York Attorney Michaelson acting in conflict and who upon being repeatedly requested to affirm or deny conflicts by Cox fails to either confirm or deny his conflicts with Kenneth Rubenstein, MPEG LA, and Ex Supreme Court Judge Judith Kay. That Michaelson in essence frames Plaintiff and Cox with charges of "Extortion" through misuse of an international agency and further illegally seizes domains and Intellectual Properties of Plaintiff and Cox.

81. That Michaelson, WIPO sole Panelist in the decision, frames, defames and slanders Plaintiff and Cox in an internationally published domain name and intellectual property decision of WIPO,

> "After the Complainant challenged her use of all the disputed domain names, the Respondent offered the Complainant her fee-based "reputation management" services through which the Respondent would 'clean up' the Google search engine results regarding the Complainant and thereby improve the Complainant's on-line reputation, presumably by eliminating her commentary and ceasing further use of the disputed domain names. Her general conduct in that regard, though aimed against others than the Complainant, is discussed in various news articles, a copy of which appear in Annexes M, N, O, and P to the Complaint. Specifically, as reported in 'When Truth Survives Free Speech', The New York Times, Business Day - Media and Advertising, September 11, 2011

(a copy of this article appears in Annex M to the Complaint), the author states: "... Ms. Cox, who calls herself an 'investigative blogger,' has a broad range of conspiratorial/journalistic interests. She has written that Bruce Sewell, the general counsel of Apple, 'aids and abets criminals; that Jeffrey Bewkes, the chief executive of Time Warner is a 'proven technology thief'; and that various Proskauer Rose lawyers have engaged in a pattern of 'conspiracy'.

...Whenever she gets in a fight with someone, she frequently responds by creating a domain with the person's name, some allegation of corruption, or both. .. In order to optimize visibility to Web Crawlers, she often uses the full name and title of her target, and her Websites are filled with links to her other sites to improve their search ranking. She has some 500 URLs at her disposal and she's not afraid to use them."

82. That Michaelson, WIPO sole Panelist, Marc J. Randazza v. Reverend Crystal Cox, Eliot Bernstein, Case No. D2012-1525, States, "Fourth, Respondent Cox exhibited bad faith in transferring ownership of some of the disputed domain names to Respondent Bernstein, who merely served as a proxy of the former, in an attempt to evade liability (via so-called "cyberflight") under the Policy." This is entrapment, as Plaintiff received domain names in receivership and part of no cyberflight, and Plaintiff was not, nor is not now a "Proxy."

## 6.  WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (TG) D2011-0678 (COMPLAINANT MARC RANDAZZA)

83. That on information and belief this case is related matter to the Randazza WIPO case above.

### 7.  WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (CT) D2011-0679 (COMPLAINANT MARC RANDAZZA)

84. That on information and belief this case is related matter to the Randazza WIPO case above.

### 8.  WORLD INTELLECTUAL PROPERTY ORG (WIPO) - (CT) D2011-0677 (COMPLAINANT MARC RANDAZZA)

85. That on information and belief this case is related matter to the Randazza WIPO case above.

### 9. RANDAZZA ET AL V. COX, BERNSTEIN ET AL., CASE NO. 2:12-CV-02040-GMN-PAL (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)[22] AND [23]

86. That on November 28th, 2012 Randazza of RLG, former Attorney of Cox, now files District of Nevada Case 2:12-cv-02040-GMN-PAL against his former client Cox and allegedly against Plaintiff directly.

87. That on November 30th, 2012, the WIPO decision against Cox and Plaintiff obtained through the conflicts of interest of Michaelson is then used to support the allegations against Cox and Plaintiff to the Nevada court as evidence of their criminal acts, all the

---

[22] Docket Link http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.docket.html

[23] Recent Filing Links

Randazza V. Cox
http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.79.0.pdf

COX'S MOTION FOR INSURANCE DOCUMENTATION
http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.115.0.pdf

OPPOSITION TO DEFENDANT CRYSTAL COX'S MOTION FOR INSURANCE DOCUMENTATION
http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.117.0.pdf

Cox Reply to Opposition to Defendant's Motion for Insurance Documentation
http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.119.0.pdf

MOTION FOR CASE MANAGEMENT CONFERENCE PURSUANT TO NEVADA LOCAL RULE 16-1(d)
http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.118.0.pdf

Cox Response - Opposition to Defendant's Motion for Case Management Conference
http://ia601205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.120.0.pdf

Motion to Reconsider Counter Complaint Dismissal and leave to amend counter complaint to meet court specifications
http://ia701205.us.archive.org/2/items/gov.uscourts.nvd.91330/gov.uscourts.nvd.91330.116.0.pdf

while continuing the defamation that Plaintiff and Cox are now guilty of the crime of extortion and more.

88. That Plaintiff has recently learned that he may also be a defendant in this suit.  While Plaintiff has not been legally served this complaint, it appears from the Pacer listing that once again Plaintiff has been added to a complaint without proper notice or service and according to the docket judgments have been entered against him.

89. That once again, Defendants of this RICO & ANTITRUST are involved in this action against Cox and now apparently Plaintiff directly as a Defendant, including but not limited to, Defendant Greenberg Traurig who now shows up.

90. That Judge Gloria Navarro ("Navarro"), in District of Nevada Case 2:12-cv-02040-GMN-PAL stated, "The Domain Names at issue in this case were registered by Defendant Crystal Cox some of which were listed under proxy, Defendant Eliot Bernstein…" The Footnote in regard to this statement refers to Randazza making this claim to Judge Navarro as fact. (Docket Entry 14, Page 2 of 12).

91. That Plaintiff was not a "proxy" and therefore Judge Navarro defamed Plaintiff in claiming this to be a fact and therefore this became part of a ruling to seize Intellectual Properties of both Cox and Plaintiff, which was exposing those involved in this RICO and the "Legally Related" lawsuits. For the Navarro to claim Plaintiff is a "proxy" in this situation is to suggest criminal activity and that Plaintiff was aiding Cox in hiding alleged "assets", yet another criminal allegation and therefore upon my knowledge and belief,

this represents alleged entrapment and criminal conspiracy between Judge Navarro and Randazza.

92. That Navarro, in District of Nevada Case 2:12-cv-02040-GMN-PAL through an unlawful, unconstitutional TRO, Preliminary injunction, removed online news sites that contained investigative reporting regarding the Iviewit companies and the unethical action of Randazza via this abuse of process.

93. That Navarro, in District of Nevada Case 2:12-cv-02040-GMN-PAL, Docket Entry 14 granted Randazza a mass of domain names, with no due process to Plaintiff or Cox and Navarro also states on page 6 and in the footnotes that "Defendants" (this includes Plaintiff), is guilty of acquiring domain names, intellectual property in "bad faith" and discusses the offering of a domain name that allegedly had adverse content on it regarding Randazza, which is false information and is also entrapment to suggest "Defendants" are in conspiracy in a "bad faith" extortion scheme. These are criminal allegations by Navarro in a Civil Case, cleverly designed to discredit, defame and harass Plaintiff and Investigative Blogger Cox who is reporting on the Iviewit story, this Lawsuit and the "Related Lawsuits."

94. That Navarro, in District of Nevada Case 2:12-cv-02040-GMN-PAL, Docket Entry 14, page 8, accuses Plaintiff of "cyber-extortion," which is criminal. Judge Navarro is not "Immune" from prosecution for these false allegations in judicial rulings based upon materially false information regarding crimes that were never committed, prosecuted or tried and where there has been no prosecution or charges of such crimes against Plaintiff

and Cox.   Therefore, these decisions appear intended solely to defame and harass Plaintiff and Cox further and discredit the iViewit companies, this RICO lawsuit and the "Legally Related" cases.

95.    That Page 1, Document 41, District of Nevada Case 2:12-cv-02040-GMN-PAL, is a Ruling, which also accuses Plaintiff of being a "proxy", which is a criminal allegation. Document 41 also grants Randazza a Preliminary Injunction that violates the First Amendment Rights of Plaintiff and Cox, as it removes massive online content without First Amendment adjudication first, going wholly in opposite of long standing precedence.

96.    That District of Nevada Case 2:12-cv-02040-GMN-PAL, Docket Entry 39 Grants a Default Judgment against Plaintiff whom has never been legally served in this case or received any communications from this Nevada court.

97.    That it appears that Ronald Green ("Green") of RLG, who at the time of filing this complaint against Cox and Bernstein, had just recently jumped from working at Defendant Greenberg Traurig's law firm (in the intellectual property group no less) to RLG, just in time to prepare in undisclosed conflict, the purported service papers served in this lawsuit to Plaintiff.

98.    That Roxanne Grinage ("Grinage") was hired and retained by Plaintiff to perform legal services for Plaintiff. Grinage was under retained legal contract with Plaintiff and Grinage was given proprietary, confidential, privileged information in this process, regarding the highly complex details of the iViewit companies, including but not limited

to, information regarding intellectual properties, highly sensitive and confidential information related to business negotiations and federal, state and international investigation information and all legal actions Plaintiff is involved in.

99. That as a prudent standard of practice, Grinage at her request was copied in emails to executives of technology companies Plaintiff was negotiating with and other important legal communications, as she was under contract with Plaintiff and performing related tasks and legal contract work for Plaintiff on these contacts. It was important to keep Grinage in the communication loop in these matters, as they pertained to past and future legal work in which Grinage was under contract to perform for Plaintiff.

100. That in one such series of confidential email communication, regarding communications with Apple executives Steve Dowling and Bruce Sewell, regarding a website owned by Plaintiff, www.stevedowling.com that contained information regarding Plaintiff's complaint to the SEC regarding Sewell and Intel while he was General Counsel at Intel and notifying Dowling who had released an Apple press release announcing Sewell's arrival at Apple of Sewell's involvement in the Technology Thefts of Plaintiff while at Defendant Intel and the SEC complaint filed against Intel naming Sewell.

101. That Dowling had contacted Plaintiff to see if he would sell him back the website www.stevedowling.com and where Plaintiff believes that Sewell was behind this call attempting to entrap Plaintiff into an extortion scheme where Plaintiff would extort Dowling with some extreme number "or else."  However, none of that happened as Plaintiff offered no amount and no "or else" but rather Plaintiff used the opportunity

instead to give notice to Apple executive Dowling that Apple and Intel were Defendants in the Amended Complaint and would be sued in all forthcoming legal actions and also give formal notice that Apple was infringing on Plaintiff's Patent Suspended/Pending technologies and that he should immediately notify Apple shareholders of their liabilities or Plaintiff would be forced to notify the SEC and others of their failure to account properly for liabilities under FASB and more.  Finally, Plaintiff notified Dowling that he was now absolutely aware of the lingering liabilities over a decade of use of Plaintiff's technologies after reviewing the contents of www.stevedowling,com that he was attempting to purchase from Plaintiff.

102.   That Plaintiff than began a series of follow up emails with Dowling and Sewell to negotiate a possible license deal with Apple that would settle the infringement and remove them from the civil RICO action and future legal actions and thereby avoid the necessity of reporting these major liabilities to their shareholders and others.

103.   That Plaintiff copied Grinage in these email communications with Apple, as this was a standard of practice in order to keep Grinage up to speed regarding the ongoing communications and negotiations as she had requested.  Grinage, a copied recipient on the emails from Plaintiff then suddenly and for unknown reasons began a campaign to sabotage and defame both Plaintiff and Cox in the ongoing negotiations with APPLE executives that were crucial to iViewit companies investors and iViewit companies inventors, derailing possible settlement talks regarding the issues contained in these

confidential emails by suddenly interjecting herself into the negotiations fraught with allegations of criminal acts by Plaintiff and Cox.

104. That Plaintiff also copied in this series of email communications investigative blogger Cox, who had been reporting on the iViewit story for 3 years and had posted a blog on the website www.stevedowling.com , notifying Dowling of the liabilities associated with Sewell and Apple.

105. That Grinage then suddenly and without warning began replying to the copied recipients in a massive breach of contract and without conference with Plaintiff or Cox prior.  These replies by Grinage to those same Apple executives, attorneys and officials involved in this confidential legal communication attacked, defamed, and discredited Plaintiff and Cox, stating that they were running an extortion plot against Apple executives and others and other defamatory and slanderous accusations.  Accusations that suddenly turn up in a number of the legal process abuse cases cited herein.

106. That after this series of events Plaintiff immediately ceased working with Grinage who then sought retaliation by conspiring further against Plaintiff and Cox with Defendant Randazza to further defame and harass Plaintiff and Cox through broadcasted messages making wild allegations of criminal activity against Plaintiff, again allegations that have no factual basis.

107. Cox named Grinage in her counter complaint filed in Randazza v. Cox (District of Nevada Case 2:12-cv-02040-GMN-PAL) that was dismissed by that Court without proper adjudication, despite Grinage accepting service and preparing to answer the

complaint as Grinage had sent notice to Cox and all those involved in Randazza v. Cox, except of course Plaintiff, of her anticipated response and counter response to Cox's filed counter complaint. Grinage also sent certified motions to the District of Nevada Court of Judge Navarro, to enter into the case and thereby proving her acceptance of service in that lawsuit. However and suspiciously, this motion by Grinage and the accompanying documents she filed were never placed on the Randazza v. Cox docket or entered into the record, in fact, Grinage was not even entered as Counter Defendant in the docket or case. Immediately after Grinage's filings Judge Navarro dismissed Cox's counter complaint all together, denying her the right to counter sue and denying Grinage's right to answer.

108. Cox then named Grinage as a defendant in a new suit that Cox was ordered by Navarro to file in substitute of the denied counter complaint, alleging that Grinage is acting in conspiracy to defame and harass Plaintiff and Cox with other defendants named in her RICO and this RICO.

### 10. COX VS. RANDAZZA, ET AL. – NEVADA RICO CASE NO. 2:13-CV-00297-JCM-VCF CHANGED TO  2:13-CV-00297 JCM (NJK) CHANGED TO 2:13-CV-00297 MMD-VCF (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)[24]

109. That on February 24th 2013, Cox filed District of Nevada 2:13-cv-00297-MMD-VCF. That this lawsuit is related to the lawsuit above in Nevada as it acts as Cox's counter

---

[24] Docket Link @
http://ia601608.us.archive.org/5/items/gov.uscourts.nvd.92918/gov.uscourts.nvd.92918.docket.html

complaint in that lawsuit, yet Cox was prohibited from filing a counter complaint in that lawsuit and Ordered by the judge to file as a separate action?

110. That many of the defendants in that case are again the same as those in this RICO lawsuit, including but not limited to (bolded names are common defendants); **AOL Inc., APPLE**, David S. Aman, Mark Bennett, Sean Boushie , MT, David W. Brown, Brown, White and Newhouse Law Firm, Martin Cain, **John Calkins**, David Carr, Bernie Cassidy MT, **Doug Chey**, Tracy L. Coenen, Corbin Fisher, Jennifer DeWolf Paine, **Steve Dowling**, Diana Duke, Dylan Energy, Royce Engstrom , MT, **Allen Fagin**, Forbes Inc., Free Speech Coalition, Bob Garfield, Godaddy Inc., **Ronald D. Green, Greenberg Traurig Law Firm**, Scott H Greenfield, Jessica Griffin, Roxanne Grinage, Taylor Kai Groenke MT, Francis Gurry, Judge Marco Hernandez, Kashmir Hill, HireLyrics, **Intel Corp.**, Jason Jones, Edward KWAKWA, **Stephen P. Lamont** [P. Stephen Lamont], Joseph Lecesse, Liberty Capital, Liberty Interactive, Liberty Media Holdings, John C. Malone, Manwin Business Corporation, **Greggory Mashberg**, **Proskauer Rose,** NY, Douglas Melamed, Peter L. Michaelson, Carlos Miller, Mobile Streams Inc., Michael Morgan, Motorola Mobility Inc., Motorola Solutions Inc., Multnomah County Sheriffs Office, Leo M. Mulvihill, Mulvihill & Rushie LLC, NPR New York Public Radio, Judge Gloria M. Navarro, New York Times , NY, Obsidian Finance Group, Oregon State Bar Bulletin, Kevin D Padrick, Bob Parsons , AZ, Philly Law Blog, PopeHat.com, **Proskauer Rose Law Firm**, Marc J. Randazza , NV, Randazza Legal Group, Janine Robben, Steven Rodgers, Marshall Ross, **Kenneth Rubenstein**, Jordan Rushie, Bret

Sewell, **Bruce Sewell**, Daniel Staton, Synaptics, **Time Warner Cable Inc., Time Warner Inc.,** Sean Tompkins, Tonkon Torp Law Firm, **Matthew M. Triggs**, Eric Turkewitz, Turkewitz Law Firm, University of Montana, Tim Vawter, Mark Vena, WIPO, David Wang, Kenneth P. White, Michael Whiteacre, Eric Wilbers, Steven Wilker and XBIZ"

111. That in effort to suppress Cox's right to file a counter complaint, knowing of her impoverished condition, a condition wholly caused from these Abuse of Process Lawsuits filed to Harass and Defame her and strip her of her sites that expose the Criminal Cartel and force her to bankruptcy through judgments garnered through Fraud on that Court. Judge Gloria Navarro even has issued a ruling that Cox had to file a brand new lawsuit for the counter complaint.  The legal rationale for this Order was that Cox's counter complaint addressed the ongoing conspiracy against Cox due to her publications in relation to the Anderson lawsuit and this RICO lawsuit.  It should be noted here that there are an overabundance of related Defendants in both of Cox's cases and Cox provides excellent linkage for this Court to determine exactly who and how they have related to conspire against her rights, through almost identical Obstruction of Justice and Abuse of Process as described in the Anderson lawsuit and the legally related to Anderson lawsuits.  That this lawsuit filed by Cox and all pleadings, orders, exhibits, etc. rendered are hereby by reference incorporated in entirety herein.

### 11. COX V. HILL ET AL. CALIFORNIA NORTHERN DISTRICT COURT ANTITRUST CASE NO. 4:2013CV02046 (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)[25 AND 26]

112.   That defendant in this lawsuit Kashmir Hill, Forbes, New York Times, WIPO, Peter L. Michaelson, and all defendants of Northern California Case 4:13-cv-02046-DMR conspired to suppress information that investigative Blogger Cox had been reporting on.

113.   That the defendants in this lawsuit violated anti-trust laws and are creating a media monopoly that is violating the lawful and constitutional rights of Plaintiff and Cox.

114.   That WIPO Panelist Michaelson posted unprivileged defamatory statements in an international WIPO complaint in regard to Cox being guilty of the crime of Extortion and that the man she was reporting on, Plaintiff, was also guilty of the crime of Extortion. Neither, Plaintiff nor Cox had been under investigation of extortion, on trial for extortion or convicted of extortion.

115.   That defendant in this lawsuit Randazza, Cox's ex-Attorney conspired with others to harass, defame and discredit Cox and the iViewit Story of which she was reporting on when Randazza sued her and Plaintiff (without proper notice), and acted in conspiracy with Las Vegas Judge Navarro, WIPO and Godaddy to shut down massive blogs / online media owned by Cox and Plaintiff.

---

[25] https://docs.google.com/file/d/0Bzn2NurXrSkiME55Ynk2VnE2anM/edit?pli=1

[26] http://www.crystalcox.com/2013/05/investigative-blogger-crystal-cox-v.html

116. That defendants in this lawsuit conspired to STOP the flow of information and violate Cox's First Amendment Rights in order to suppress information regarding the Inventor Eliot Bernstein's iViewit Technology Story.

## 12. COX V. GODADDY, US DISTRICT COURT OF ARIZONA PHEONIX, CASE NO. CV-13-00962-PHX-MEA (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)[27]

117. That allegedly Oregon attorney in this lawsuit defendant Padrick told defendant Forbes reporter defendant Kashmir Hill that Cox had been under investigation by the Oregon Attorney General, Forbes published this false and defamatory statement to third parties concerning Cox and caused Cox Harm.

118. That defendant in this lawsuit Padrick told defendant Forbes reporter defendant Kashmir Hill that Cox was guilty of extortion, and had extorted him. COX had not been on trial for extortion nor under investigation for extortion. Defendant Forbes reporter defendant Kashmir Hill published this false and defamatory statement to third parties concerning Cox and caused Cox Harm.

119. That defendant in this lawsuit Randazza widely published that Cox was guilty of extortion as did other defendants of the District of Arizona CASE #: 2:13-cv-00962-MEA, and this has caused irreparable damage to COX.

120. That defendant in this lawsuit Randazza filed a WIPO complaint to defendant WIPO, whereby defendant Michaelson was the SOLE Panelist in this matter.    Defendant

---

[27] https://docs.google.com/file/d/0Bzn2NurXrSkiN0RsbXFqakVNSU0/edit

Randazza filed this complaint against Cox and Plaintiff.  Randazza accused Cox and

Plaintiff of the crime of extortion. Michaelson then constructed this as fact, along with

the false and defamatory statements of Forbes reporter Kashmir Hill.

121. That Michaelson published false and defamatory statements regarding Cox in a WIPO

decision regarding domain names. Michaelson accused COX and Plaintiff of the crime of

extortion in this international publication through WIPO.

122. Michaelson and Randazza have caused Cox and Plaintiff irreparable harm and are liable

for damages caused to Plaintiff.

### 13.  SHIRLEY BERNSTEIN ESTATE PROBATE CASE IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FL ESTATE OF SHIRLEY BERNSTEIN CASE NO. 502011CP00653XXXXSB (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)

123. That Plaintiff has filed in Probate Court, attached and fully incorporated herein as Exhibit

3, on May 06, 2013, an

**EMERGENCY PETITION TO: FREEZE ESTATE ASSETS,
APPOINT NEW PERSONAL REPRESENTATIVES,
INVESTIGATE FORGED AND FRAUDULENT
DOCUMENTS SUBMITTED TO THIS COURT AND
OTHER INTERESTED PARTIES, RESCIND SIGNATURE
OF ELIOT BERNSTEIN IN ESTATE OF SHIRLEY
BERNSTEIN AND MORE.**

That this Petition contains all the details regarding the relations of this RICO lawsuit to

the attempted theft of estate assets in both of Petitioner's parents estates and further

includes Prima Facie evidence of document Forgery, Fraudulent Documents and deficient

notarizations in the estates that are all included in entirety by Exhibit herein.  The Petition describes how Petitioner's father was allegedly murdered, claims made by others, not Plaintiff and a trail of document forgery and alleged extortion in both parents estates.

124.   That Plaintiff has prepared for this Probate Court, a **REVOCATION OF: WAIVER OF ACCOUNTING AND PORTIONS OF PETITION FOR DISCHARGE; WAIVER OF SERVICE OF PETITION FOR DISCHARGE; AND RECEIPT OF BENEFICIARY AND CONSENT TO DISCHARGE,** a copy of that document is evidenced herein in <mark>EXHIBIT 4</mark>.  The reason for the withdrawal is that the document is Fraudulent and Forged and has affixed a fraudulent notarization.

125.   That the Probate court on November 05, 2012, almost two months after Plaintiff's father died, sent back Waivers that were signed month's earlier by Plaintiff's DECEASED FATHER SIMON and siblings to be notarized.  AMAZINGLY MONTHS AFTER HIS DEATH, PLAINTIFF'S DECEASED FATHER SOMEHOW APPEARS BEFORE A NOTARY TO NOTARIZE HIS DOCUMENT and this FORGED AND FRAUDULENT DOCUMENT was then re-submitted to that Court and evidenced herein in <mark>EXHIBIT </mark>5, as Prima Facie evidence of Fraud and Forgery in the estate documents submitted by counsel to the Estate Tescher & Spallina, P.A. ("TS")

126.   That when the Probate court sent back the document for notarization, the old documents in all instances of the Waivers on File in the court, the Children's and their Deceased Father's, had been intentionally shrunk and therefor altered to affix a fraudulent notary

public seal to fit it all on the page.  The signatures were then craft fully forged to resemble the prior signatures on the dates in the past and resubmitted to that court.

127.   That one cannot notarize documents in the past, the same document that did not initially have a notary seal on them, yet now magically or more aptly criminally, they all came back notarized.  Further, Plaintiff alleges that he himself never notarized such document with the named Notary or the lawyers for the Estate and on information and belief neither did several siblings and certainly Petitioner's deceased father could not have notarized the document.

128.   That Plaintiff alleges that there are other crimes being committed in the estate of Shirley and Simon and again the crimes are being committed by RICO Defendants defined in the Amended Complaint.  It appears that Defendant Proskauer has now recruited new friends into the RICO Enterprise, soon to be added as additional Defendants in this RICO, who are now involved as not only the estate planners for Plaintiff's parents but now the Personal Representatives of the estates.   They have anointed themselves Personal Representatives through a series of documents in both Simon and Shirley Bernstein's estates, that all appear fraudulent and deficient.

129.   That it should be noted here that Donald Tescher of Spallina & Tescher was honored with an induction party to a very select group, which was funded and promoted by RICO Defendant Proskauer.  Information regarding this relationship is found at the Jewish Federation site, in an article titled, "Caring Estate Planning Professionals to Honor Donald R. Tescher, Esq. at Mitzvah Society Reception on March 27" Published Sunday,

March 4, 2012 7:00 am | Category: PAC.28  That the article states  "The Mitzvah Society Cocktail Reception is generously sponsored by BNY Mellon Wealth Management; Law Offices of Tescher & Spallina, P.A.; Proskauer; and Life Audit Professionals, LLC," where the honoree was Donald Tescher.  Where it is clear from the article that RICO Defendant David Pratt of RICO Defendant Proskauer Rose is extremely close with Spallina and Tescher, claiming "It is my honor and privilege to welcome the community to join our annual Mitzvah Society Reception," said David Pratt, who is co-chairing the event with Robert Spallina. "Once again, we gather to celebrate the accomplishments of those dedicated and caring professionals who have helped their clients create meaningful planned gifts for the benefit of our Jewish community and global Jewish family through the Anne and Norman Jacobson Jewish Community Foundation. We are also excited to inaugurate three new members: Jodi Lustgarten, Jon Sahn and Robert Spallina, bringing our Mitzvah Society ranks to a proud 55!"  That it should be noted by this Court that the time of the induction into this "society" is in close approximation to the time Simon Bernstein becomes deathly ill and spirals to his death, never recovering and where Spallina is having him make major changes to his estate plan only six weeks before death.

130.  That Plaintiff is overwhelmed with legal actions filed against him worldwide as already described herein and these estate actions are designed to strip Plaintiff of his inheritance that his parents had taken elaborate steps to protect as a safety net for Plaintiff's family

---

[28] http://www.jewishboca.org/index.php?src=news&refno=869&category=JCF

due to an extended history of Defendants filing abuse of process legal suits and other criminal actions to bankrupt and destroy Plaintiff, for example the Proskauer referred friends Defendants Real 3D, Intel, Lockheed & Silicon Graphics, Inc. who tried an Involuntary Bankruptcy on Plaintiff's companies that failed and the Proskauer Rose billing lawsuit and the theft of several million dollars of SBA funds and investments from Plaintiff's companies whereby Fraud and Theft where used to deprive Plaintiff any monies to fund any defense against them.

131.   That central conspirators in this RICO, Plaintiff's former Intellectual Property counsel and key Defendants, including but not limited to, Proskauer Rose, Foley & Lardner, Greenberg Traurig and Goldstein Lewin are all now involved in the estate matters of Simon and Shirley Bernstein and now appear part of the larger Fraud on that court as described in the draft letter to that Court evidenced herein.

132.   That this conspiratorial effort acts as further evidence of new Criminal RICO activity and further Abuses of Process in the estate matters and appear to be an attempt to steal the estate of Simon and Shirley Bernstein and deprive Plaintiff of his inheritance entirely, which these Defendants know could be used by Plaintiff to launch further legal actions against them.

**14. SIMON BERNSTEIN ESTATE PROBATE CASE IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FL ESTATE OF SIMON LEON BERNSTEIN CASE NO. 502012CP004391 IZ XXXX SB (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)**

133.    That Plaintiff has filed in Probate Court, attached herein Exhibit 3, on May 06, 2013, an

> **EMERGENCY PETITION TO: FREEZE ESTATE ASSETS, APPOINT NEW PERSONAL REPRESENTATIVES, INVESTIGATE FORGED AND FRAUDULENT DOCUMENTS SUBMITTED TO THIS COURT AND OTHER INTERESTED PARTIES, RESCIND SIGNATURE OF ELIOT BERNSTEIN IN ESTATE OF SHIRLEY BERNSTEIN AND MORE.**

134.    That this Petition contains all the details regarding the relations of this RICO lawsuit to the attempted theft of estate assets in both of Plaintiff's parents' estates and further includes Prima Facie evidence of document Forgery, Fraudulent Documents and Deficient Notarizations.  Again, all the alleged criminal acts, as in this RICO, primarily committed by criminal Attorneys at Law that are members of Defendant The Florida Bar.  The Petition describes how Plaintiff's father was allegedly murdered, claims made by others, not Plaintiff, and a trail of document Forgeries, Fraud on the probate court (as the Forged and Fraudulent documents were then submitted to that court) and alleged Extortion of Simon Bernstein to force him to make changes in the estate plans of both parents estates.  Forcing him to change even his deceased wife's estate plan.

135.    That RICO Defendant Proskauer Rose submits the exhibit 1 to the Will of Simon Bernstein evidenced herein as Exhibit 6, which Exhibit is not referenced in the Will at all

and Proskauer Rose is not the law firm who did the last Will of Simon and this therefore raises the question of why it was inserted into the Will by Tescher and Spallina as a part of the Estate of Simon in that court's docket other than to become part of a larger Fraud on the Court and more.

136.   That an Amended Trust signature page, evidenced herein as Exhibit 7 is submitted to the court in this estate and is not properly notarized, as neither checkbox for "appeared" or "known to the notary" is checked, in a document that attempts to make major near death bed changes to a long established estate plan that was changed under duress by a Law Firm that already submitted Fraudulent Documents to that court in Shirley Bernstein's estate evidenced already herein.  That counsel for Simon Bernstein, Tescher and Spallina submits these improperly notarized documents to the Court to attempt to effectuate these changes forced upon Simon.

137.   That the failed notarization page also is disturbing in that the Amended Trust Document was prepared by TS, and gave them powers as Personal Representatives of the Estate through this document.   TS is also estate counsel and Spallina then Witnesses the document he created giving himself rights in the Estate. This document supposedly is signed by Simon approximately six weeks before his death, while under tumultuous physical and mental problems requiring almost weekly medical care that spiral out of control to his death almost immediately after signing these near deathbed changes, as fully described in the Exhibit 3, hereby fully incorporated by reference in entirety herein.

138.  That Case No. 502012CA013933XXXX, Stansbury v. Ted Bernstein et al. is a lawsuit with a claim against the estate, where RICO Defendant Greenberg Traurig acts as counsel to Plaintiff's brother Theodore.  However, after Plaintiff points out to his brother and Spallina that Greenberg Traurig is conflicted with assets of the estates, including but not limited to the approximate 30% interests held in the Iviewit Companies, the Iviewit Intellectual Properties and this RICO lawsuit, Greenberg Traurig suddenly withdraws as counsel in the matter, months after the lawsuit was instituted.

139.  That on information and belief, Plaintiff alleges that there are other crimes being committed in the estate of Shirley and Simon, including theft of assets and again the crimes alleged committed are by RICO Defendants defined in the Amended Complaint. Monies are alleged to be missing now in the transfer of monies from the infamous and NOW CONVICTED FEDERAL FELON Allen Stanford's Bank to JP Morgan and then to Oppenheimer, changes and transfers in these accounts again taking place immediately prior to Simon's death.  Where now accounts eyewitnesses claim to be worth millions of dollars the day before his death, now are claimed to have nothing left in them.

140.  That Simon Bernstein has given a Deposition, deposed by Defendant Proskauer Rose in the Proskauer instigated felonious billing lawsuit as described in the Amended Complaint that fingered Defendant Kenneth Rubenstein of Proskauer as having been Iviewit patent counsel.  That these statements completely refuted Rubenstein's claim under deposition in that lawsuit, whereby Rubenstein claimed that he knew nothing about Iviewit and was not Patent Counsel, despite a litany of evidence contradicting his claims.

141. That after that deposition and after the CAR BOMBING ATTEMPTED MURDER OF HIS SON, Simon felt that not only was Petitioner and his entire family in danger but his entire family and children were too.  Plaintiff then distanced himself wholly from his father, mother and siblings and even friends and lived in destitute on welfare and more to distance the problems from his family for several years.

142. That Simon prior to his death had stated that he was willing and might talk with Federal prosecutors and others regarding his knowledge against the Defendants in this lawsuit and where Plaintiff has no idea if had started such conversations, which would certainly provide motive for any foul play, in addition to the fact that he owned a large interest in the Intellectual Properties of Plaintiff that are long term the largest assets of his estate.

143. That if Celani is correct and Plaintiff and his family were "targets" then illegal wiretaps on the phones could have tipped off others of Simon's intent and provided clear and convincing motive for foul play, including murder.

144. That Plaintiff had filed prior to Simon and Shirley Bernstein's date of death in the Stanford case as a Movant[29] allegations of Fraud and more by RICO Defendant Proskauer, where Proskauer has now recently been sued by the Federal Court Appointed Receiver in the Stanford lawsuit for CRIMINAL Conspiracy and Aiding and Abetting a criminal organization and more.  Where Plaintiff alleges in the SEC Stanford action and in prior motions to this Court regarding Stanford's alleged incestuous and criminal

---

[29] 3:09-cv-00298-N Securities and Exchange Commission v. Stanford International Bank Ltd et al.  Eliot Bernstein as a Trustee for Joshua Ennio Zander Bernstein Irrevocable Trust, Jacob Noah Archie Bernstein Irrevocable Trust & Daniel Elijsha Abe Ottomo Bernstein Irrevocable Trust. 03/02/2009 Docket #87  MOTION to Intervene and/or MOTION to Join filed by Eliot Bernstein (mfw) (Entered: 03/03/2009)

relation to PROSKAUER and where that so called "Ponzi" scheme is exposed instead as a MONEY LAUNDERING OPERATION THAT LAUNDERS THE STOLEN, CONVERTED AND COMINGLED ROYALTIES OF PLAINTIFF FOR THE DEFENDANT PROSKAUER AND OTHERS.

145. That Simon and Shirley filed actions against Stanford that remain ongoing as part of the estates.

146. That immediately following the sudden and mysterious death of Simon Bernstein, weeks after signing these near deathbed changes that are not properly documented, Theodore S. Bernstein, Plaintiff's brother and Rachel Walker, Simon Bernstein's assistant, notified authorities that Mr. Bernstein may have been murdered and alleged that his partner Maritza Puccio may have poisoned or drugged him to death.

147. That knowing Puccio personally, Plaintiff did not think that these allegations appeared true as there appeared no motive for this on her part as she was not a benefactor of the estate and if she had murdered him the question would arise of who put her up to it.

148. That hour's after Simon's passing, Sheriffs showed up at Simon's residence and did several hours of investigation with members of the Plaintiffs family and others, regarding the claims of murder.  Plaintiff also was requested to give a statement, as is evidenced in Exhibit 3.

149. That Theodore Bernstein then ordered an Autopsy to be performed.

150. That Plaintiff alleges on information and belief that Defendant's Proskauer Rose, Greenberg Traurig, Gerald Lewin and Foley & Lardner, four of Plaintiffs prior patent

counsel and accountant that are accused in this RICO of being directly involved in orchestrating the theft of the Intellectual Properties of Plaintiff and are under multiple state, federal and international investigations ongoing, are now all involved in various actions in the estate of Simon and Shirley, where foul play is already evidenced herein through clear and convincing evidence of document Fraud and Forgery and more.

151. That Simon and Shirley Bernstein's estates are the second largest Shareholder of the Iviewit companies, second largest patent interest holders and the second largest benefactors of this RICO and ANTITRUST lawsuit and this may be the central motive to the frauds in the estate and the possible murder of Simon Bernstein.  That this provides motive for Defendants involved in this RICO to have had a hand in any murder that is alleged to have occurred.

152. That Plaintiff was told he was not a beneficiary of either his mother or father's estates by Tescher and Spallina and thus not entitled to any documents relating to the estate of his parents, even though he is Trustee for his children, who are the beneficiaries if the improper documents of the Amended Trust survive, which will be decided as Plaintiff enters legal proceedings in that court.

153. That if the improperly filed Amended Trust fails however, Plaintiff is a one third beneficiary, with only two other sisters, Lisa and Jill of the entire estate.  Plaintiff's brother Theodore Stuart Bernstein and sister Pamela Beth Bernstein Simon were wholly and entirely excluded from both the estates of Simon and Shirley.

154. That it has come to Plaintiffs attention that he is also now a possible direct beneficiary in the estate of Simon as a beneficiary of an insurance policy of an unknown amount. That due to the lack of care in estate planning by Tescher and Spallina, it appears that insurance trusts have gone missing and both Defendants Proskauer Rose and Foley & Lardner via their acquisition of Hopkins and Sutter are claiming to lack having copies of the trust and policies in their files for the estate planning work they both did for Simon and Shirley in the past.

**15. CASE NO. 2:12-CV-08030-CAS-VBK P STEPHEN LAMONT V. TIME WARNER INC ET AL. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION - LOS ANGELES) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)**

155. That Plaintiff has not been served in any of the Lamont fraudulent filings.

**16. CASE NO. 1:11-MC-00150-UNA LAMONT V. PROSKAUER ROSE LLP ET AL. U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)**

156. That Plaintiff has not been served in any of the Lamont fraudulent filings.

**17. CASE NO. 1:11-CV-00949-BJR LAMONT V. PROSKAUER ROSE LLP ET AL. U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)**

157. That Plaintiff has not been served in any of the Lamont fraudulent filings.

## 18. CASE NO. 1:12-CV-00662-BJR LAMONT V. ROVI CORPORATION ET AL. U.S. DISTRICT COURT DISTRICT OF COLUMBIA (WASHINGTON, DC) (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)

158.   That That Plaintiff has not been served in any of the Lamont fraudulent filings.

## 19. CASE NO. 2:2012-CV-02040 NO INFORMATION AVAILABLE IN PACER DOCKET (HEREBY FULLY INCORPORATED BY REFERENCE IN ENTIRETY HEREIN, ALL PLEADINGS, ORDERS, ETC.)

159.   That FORMER PLAINTIFF and NEVER CEO of IVIEWIT companies P. Stephen Lamont has also filed Fraudulent court submissions knowingly in this lawsuit and the appeal of this lawsuit, as this Court, the Appeals Court for this Lawsuit and State and Federal authorities have already been noticed.  That Lamont filed Motions in this lawsuit and in the Appeals court that both Courts ruled on, despite being noticed that Lamont had no basis in the suit and even where the courts have acknowledged such lack of basis, as he did not sue Defendants in an individual capacity but rather sued as a NON LAWYER on behalf of Iviewit companies Shareholders whom he had no authorization to represent and could not represent as a non-lawyer, however, allegedly, Lamont graduated Columbia Law while failing to take the Bar Exam and thus he too cannot plead an ignorance of the law in this matter. In other lawsuits filed without Plaintiff's notice or service by Lamont, judges similarly have noted in the record that Lamont had no standing to sue under and even Defendant Proskauer has now agreed, yet judges continued to rule, as this Court did previously, on knowingly Fraudulent Pleadings and further prejudiced

these cases by so ruling on improper pleadings and making Orders that materially affect the lawsuit and therefore further grounds for Rehearing.

160. That Plaintiff notified this Court, the Appeals court and Defendant and Counsel to State Defendants in this Lawsuit the New York Attorney General, of Lamont's Fraud on the Courts and Plaintiff filed criminal complaints with authorities against Lamont but this Court choose to neither sanction nor report Lamont for these frauds and just kept prejudicially ruling on them.

## VII.    CONTEMPT FOR THIS COURT

161. That for all of the following reasons Plaintiff has Contempt for this Court,

   i.   Failure to report Credible Eyewitness Expert reports of criminal misconduct of Attorneys at Law and others to authorities for investigation and thereby endangering the lives of both Whistleblowers and Plaintiffs in the Legally Related Cases to Anderson.

   ii.  Allowing Conflicts of Interest to wholly PERVERT this Court with almost every defense counsel in this lawsuit violating an extremely long list of attorney conduct codes, judicial cannons, public office rules and regulations and state and federal law.

   iii. This Court's Failure to Disclose Conflicts of Interest and either Admit or Deny Conflicts of Interest as requested by various Plaintiffs in the related cases to Anderson.

iv.   This Court's attempt to dismiss Anderson, despite having evidence entered into the record that Defendant Thomas Cahill had perjured his testimony in the trial.

v.    This Court's attempt to dismiss this Lawsuit based on wholly illogical legal arguments in the face of damning evidence by CREDIBLE EYEWITNESS EXPERTS that wholly support Plaintiff's claims of corruption denying virtually all of his Constitutional Rights.

vi.   For allowing Fraud on the Court.

vii.  For failing to report FELONY MISCONDUCT reported to this Court by Anderson and others to the proper authorities and committing alleged Misprision of Felony repeatedly in efforts to aid and abet a cover up.

viii. For stating that Plaintiff's filings were frivolous, vexatious and other ridiculous claims of clerical errors, when Plaintiff's filings were factual and evidence major crimes by Attorneys at Law that pose a grave threat to our entire democracy and have led to the collapse of world markets, starving people worldwide, people tortured and innocent countries bombed and more and all these crimes lead back to the failure by Attorneys at Law in a variety of governmental KEY positions having effectuated a TREASONOUS COUP on the United States Government, as pled perfectly to this Court and then dismissed without trial or any due process at all.

ix.   For failing to stop the RICO Criminal Cartel of perverted Law Firms and Attorneys at Law years ago when these cases came before this Court and therefore becoming

accomplice to all these evils heaped upon our country and where this Court has direct liability from this GROSS MISCARRIAGE OF JUSTICE.

x.  For failing to stop the RICO Criminal Cartel of perverted Law Firms and Attorneys at Law years ago when these cases came before this Court and therefore possibly allowing these criminals to further abuse Plaintiff, Plaintiff's family, Plaintiff's in the legally related cases to Anderson and finally for allowing the possible MURDER OF PLAINTIFF'S FATHER BY THESE SAME DEFENDANTS.

162.  That this Court now attempts to bury the CRIMINAL ACTS exposed in this Court by CREDIBLE EYEWITNESS EXPERTS IN ATTORNEY MISCONDUCT COMPLAINTS and LAW, by failing to contact the appropriate CRIMINAL AUTHORITIES and dismiss ALL the cases with absolutely no due process and failing to follow procedure and law in so doing. This failure to notify authorities, despite repeated calls by Anderson and the related lawsuits for a Federal Monitor, can no longer be tolerated as our lives have come into immediate grave danger according to recent news reports, as further described herein. Therefore, if Plaintiff is not notified by this Court that these LEGALLY REQUIRED OBLIGATIONS TO REPORT FELONY MISCONDUCT have been fulfilled by this Court then Plaintiff will file charges against this Court and Hon. Judge Shira Scheindlin for MISPRISION OF A FELONY, AIDING AND ABETTING A CRIMINAL RICO ORG, OBSTRUCTION OF JUSTICE and more. Despite best efforts by this Court and Defendants to accuse Plaintiff of CONTEMPT, of

which Plaintiff has troves of for this court, as one can only be contemptuous of Court that does not follow law.  Yet, you will have to bound Plaintiff, gag him, torture him and murder him to stop him from filing in this lawsuit complaints for the ongoing FRAUDS ON AND IN THIS COURT and demanding due process and procedure under law, in a fair and impartial and not a CONFLICT RIDDLED AND CRIMINAL COMPLIAINT COURT.  EXCUSE ME for my contempt for the Court but it is well earned and if it has allowed these criminals to murder his father, well contempt is not a strong enough word.

163. Plaintiff will move for a DISQUALIFICATION of Scheindlin in this lawsuit and report the Felony Acts, including those of this Court, to all appropriate STATE and FEDERAL authorities if Justice is further denied through further CRIMINAL ACTS.  That by hiding facts and attempting to bury the Anderson and related lawsuits without due process, this Court is a further tool of the illegal Obstruction and all Orders, Rulings, etc. merely become a part of a FRAUD ON THE COURT, the RICO Enterprise and continues the ABUSE OF PROCESS against Anderson and the related cases and more and Scheindlin becomes just another shill of corruption.

164. That if contempt charges or any sanctions against PLAINTIFF VICTIM are ordered by this Court at this time in further efforts to silence Plaintiff, this Court can simultaneously with such vexatious ruling take note that Plaintiff moves to Disqualify Scheindlin for a number of legal reasons.

# VIII.   ARGUMENT

### 1.   REOPEN AND REHEAR BASED ON NEW EVIDENCE AND NEW RICO ACTS COMMITTED AGAINST PLAINTIFF BY SEVERAL DEFENDANTS IN THIS RICO.

#### A.   RELEVANT LAW

165.   Rule 60(b) provides that:

> "A court may relieve a party from a final judgment for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief."

166.   A Rule 60(b)(2) motion may be granted if the moving party can demonstrate the following: "(1) the newly discovered evidence was of facts that existed at the time of trial or other dispositive proceeding, (2) the movant must have been justifiably ignorant of them despite due diligence, (3) the evidence must be admissible and of such importance that it probably would have changed the outcome, and (4) the evidence must not be merely cumulative or impeaching." *International Bhd. of Teamsters,* 247 F.3d at 392 (quoting *United States* v. *International Bhd. of Teamsters,* 179 F.R.D. 444, 447 (S.D.N.Y. 1998)).

### 2.  TO REOPEN THIS CASE UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(D)(3) FOR FRAUD ON COURT BY DEFENDANTS.

#### A.  RELEVANT LAW

167. Rule 60(d)(3) permits a court to "set aside a judgment for fraud on the court." "Fraud on the court consists of conduct: '1) on the part of an officer of the court; that 2) is directed to the judicial machinery itself; 3) is intentionally false, willfully blind to the truth, or is in reckless disregard of the truth; 4) is a positive averment or a concealment when one is under a duty to disclose; and 5) deceives the court.'" *Johnson* v. *Bell,* 605 F.3d 333,339 (6th Cir. 2010) (quoting *Carter* v. *Anderson,* 585 F.3d 1007, 1011-12 (6th Cir. 2009))

168. Fraud on the court refers to "the most egregious conduct involving a corruption of the judicial process itself. Treatises speak of such flagrant abuses as bribing a judge, employing counsel to exert improper influence on the court, and jury tampering." *General Medicine, P.e.* v. *Horizon/CMS Health Care Corp.,* 475 Fed. App'x 65, 71 (6th Cir. 20 12) (quotation marks and citations omitted)

#### B.  DISCUSSION

169. In this action, there are newly discovered evidence of facts which Plaintiff was not knowing earlier despite due diligence, all the evidence are admissible and of importance

that it probably would have changed the outcome, and the evidence are not merely cumulative.

170. It is very clear from the evidence that there has been fraud on the court. Plaintiff was confronted with an unquestionably unfair set of circumstances.

### 3.   TO CONSTRUE THIS PRO SE MOTION LIBERALLY:

### A.   RELEVANT LAW:

171. Judiciary Act of September 24, 1789, Section 342, FIRST CONGRESS, Sess. 1, ch.20, 1789 states that:

> "Pleadings of the Plaintiff SHALL NOT BE dismissed for lack of form or failure of process. All the pleadings are as any reasonable man/woman would understand, and:
> "'And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in civil cases in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courtsively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any, time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe (a)'"

172.  Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings. *Plaskey v CIA*, 953 F .2nd 25

173.  It is settled law that the allegations of such a complaint, "however inartfully pleaded" are held "to less stringent standards than formal pleadings drafted by lawyers, see *Haines v. Kerner,* 404 U.S. 519, 520 (1972). See also *Maclin v. Paulson,* 627 F.2d 83, 86 (CA7 1980); *French v. Heyne,* 547 F.2d 994, 996 (CA7 1976); *Estelle v. Gamble,* 429 U.S.97, 106 (1976). Such a complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief. *Haines,* supra, at 520-521. And, of course, the allegations of the complaint are generally taken as true for purposes of a motion to dismiss. *Cruz v. Beto,* 405 U.S. 319, 322 (1972).

174.  Recognizing that transsubstantive pleading standards do not sufficiently account for the capability differential between represented and unrepresented litigants, the Supreme Court fashioned a rule of special solicitude for pro se pleadings. See Robert Bacharach & Lyn Entzeroth, Judicial Advocacy in Pro Se Litigation: A Return to Neutrality, 42 IND. L.REV. 19, 22-26 (2009)

175.  The Court granted such leniency, or "liberal construction," to pro se pleadings against the backdrop of Conley v. Gibson's undemanding "no set of facts" standard. See *Conley v. Gibson,* 355 U.S. 41, 45-46 (1957) "[A] complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which would entitle him to relief.", abrogated by *Bell Atl. Corp. v.*

*Twombly,* 550 U.S. 544, 561-63 (2007). This standard epitomized the notice-pleading regime envisioned by the drafters of the Federal Rules, who emphasized discovery as the stage at which a claim's true merit would come to light, rather than pleading. See *Christopher M. Fairman,* The Myth of Notice Pleading, 45 ARIZ. L. REV. 987, 990 (2003).

## B.   DISCUSSION:

176.   In this action, the Plaintiff appears Pro Se. Hence, this motion should be construed liberally. It should not be dismissed for failure to state a claim. It should be decided on true merit, rather than pleading.

# IX.   CONCLUSION

For the reasons set forth in detail herein, Plaintiff respectfully requests that this Court in the interest of justice reopen and rehear this case on the basis of new evidence and for the fraud on the court and more. Plaintiff is ready willing, and able to go to trial/rehearing immediately and no delay, harm, or prejudice will occur to the other parties as a result of Plaintiff's motion. Plaintiff requests that this Court to construe this motion and pleading of Plaintiff liberally as being filed Pro Se.

## WHEREFORE,

So egregious are these alleged CRIMES against Anderson et al. described in the evidenced news publications herein, as they wholly violate personal privacy rights and

interfere and obstruct Plaintiff's and others attempts to gain Due Process and Procedure in their lawsuits.  In fact, as evidenced, these crimes by members of the legal profession preclude the Victims/Plaintiff's from due process in any lawsuits filed by them or against them and therefore forces this Court to take steps to instantly rectify these ongoing crimes by certain Defendants and prosecute those involved in this MASS FRAUD ON THE COURTS AND FELONY OBSTRUCTION OF JUSTICE AND MORE and immediately re-open and rehear the Anderson lawsuit and all of the related lawsuits afflicted by these GROSS INJUSTICES and give Plaintiffs remedies, that include but are not limited to,

1.  Reopen and rehear this case under Federal Rule of Civil Procedure 60(b)(2) on the basis of newly discovered evidence.

2.  Reopen and rehear this case under Federal Rule of Civil Procedure 60(d)(3) for fraud on court.

3.  Immediately secure protection for all Plaintiffs in the related cases, as Plaintiff also has had conversations with both the author and source of the ECC articles McKeown and Plaintiff believes on this information and belief that he is one of the targets described in the ECC articles describing wiretapping, 24/7/365 surveillance.  If government funds and resources are being ILLEGALLY used to fund these ILLEGAL ACTIONS AGAINST TARGETS in efforts to OBSTRUCT JUSTICE this Court must issue orders to force this illegal activity to cease instantly and provide Victims/Plaintiff's a court with due process and procedure free of these perversions of Justice.

4. Immediately secure communications through removal of ILLEGAL wiretaps, etc of ALL Plaintiffs in the legally related cases to Anderson and secure all documents and records in their lawsuits,

5. Notify all Federal and State Authorities who have been named in these allegations of the crimes alleged against members of their State and Federal agencies and demand immediate investigation.

6. Immediately Rehear the Anderson and related lawsuits, removing all prior rulings and orders and pleadings by all Conflicted parties, invalidated by the crimes committed by those DEFENDANTS to OBSTRUCT JUSTICE, especially STATE DEFENDANTS involved in these OBSTRUCTIONS OF JUSTICE and demand all Defendants to secure NON CONFLICTED LEGAL COUNSEL TO REPRESENT THEM, one professionally and one individually and move to GRANT SUMMARY JUDGEMENT IN FAVOR OF ALL PLAINTIFFS OF THE LEGALLY RELATED CASES FOR THE CRIMES ALREADY COMMITTED UPON THEM TO BLOCK ANDERSON AND THEIR CONSTITUTIONALLY PROTECTED DUE PROCESS RIGHTS.

7. Release to Plaintiffs, all surveillance documentation of any nature, including but not limited to, wiretapping evidence, computer record copying and altercations, video/audio recordings, billings and payments for surveillance, names of all personnel and entities involved in the surveillance and ALL notes, reports, summaries from surveillance activities, complete list of emails or any communications from both sending parties and receiving parties involved in the surveillance, list of all investigatory parties notified of

the crimes as indicated in the news articles, case numbers for all investigations and who is handling the investigations and provide a list of all Grand Juries that have heard evidence in regard to the allegations made in the news stories cited herein.

## NOTE TO THIS COURT AND ALL OFFICERS OF THIS COURT ACTING IN ANY CAPACITY REGARDING DISCLOSING CONFLICTS OF INTEREST PRIOR TO ANY ACTION OR ELSE:

This Court has repeatedly DENIED requests to sign a conflict of Interest Disclosure, though requested several times by Pro Se Plaintiff, ignoring the request as if it were not formal.  That any action forward by Judge Shira A. Scheindlin or any other Officer of this Court (including opposing counsels) acting in Official Capacity under Color of Law who refuse to admit/deny conflicts prior to acting, in any way, including but not limited to, issuing rulings, orders, decrees, pleadings, etc., which move this Court will be charged with Obstruction of Justice caused through conflicts of interest that violate attorney conduct codes and judicial cannons' and act to Deny Due Process through Legal Process Abuse and further aid and abet the alleged civil and criminal conspiracy described in the Amended Complaint through further Frauds on the Court will be reported for these crimes.  If there are no conflicts, each party requested to sign, where Petitioner has requested all parties acting in legal capacity in this case sign, should have no problem signing one and answering in the affirmative or denying any, as they must have no conflicts to be acting in this matter legally.

That instead of in the past where Hon. Scheindlin has answered conflict of interest questions for the parties asked to disclosed conflicts, based wholly on her opinion of if they were conflicted and without demanding that each admit or deny if they have conflicts or even run a cursory conflict check as would be required by their liability carriers and as is typical and customary in all cases prior to this one, where conflicts of interest and violations of attorney conduct codes and law are rampant.  Once again this case sets new precedence in legal process abuse and failure to grant any due process or procedure to Plaintiff.  Therefore, Plaintiff has enclosed a CONFLICT OF INTEREST DISCLOSURE FOR THIS COURT TO HAVE ALL PARTIES SIGN NOW, especially in light of the damning new evidence of OBSTRUCTION and ANY FAILURE TO SIGN PRIOR TO ACTION ON ANYONES PART WILL BE MET WITH INSTANT INCLUSION IN THIS RICO LAWSUIT AS A DEFENDANT AND WILL BE REPORTED TO CRIMINAL AUTHORITIES FOR SUCH CRIMES.   THIS INCLUDES HONORABLE JUDGE SHIRA SCHEINDLIN SIGNING ONE AND ALL ATTORNEYS AT LAW ACTING IN ANY CAPACITY IN THESE MATTERS.   That EVERY OFFICER OF THE COURT MUST NOW SIGN A CONFLICT DISCLOSURE and may use the attached Conflict of Interest Disclosure provided herein as Exhibit 8 to sign and return to Plaintiff.

Respectfully submitted,

and may use the attached Conflict of Interest Disclosure provided herein as Exhibit 8

to sign and return to Plaintiff.

Respectfully submitted,

Dated: _____, 2013
Boca Raton, FL

X _____,
Eliot I. Bernstein
2753 NW 34th St.
Boca Raton, FL 3343
(561) 245-8588

Dated: _____, 2013                X_____,
Boca Raton, FL                              Eliot I. Bernstein
                                            2753 NW 34th St.
                                            Boca Raton, FL 3343
                                            (561) 245-8588

# EXHIBITS

## EXHIBIT 1 - EXPOSE CORRUPT STORIES

## EXHIBIT 2 – NOTIFICATION TO THIS COURT

## EXHIBIT 3 - EMERGENCY PETITION TO: FREEZE ESTATE ASSETS, APPOINT NEW PERSONAL REPRESENTATIVES, INVESTIGATE FORGED AND FRAUDULENT DOCUMENTS SUBMITTED TO THIS COURT AND OTHER INTERESTED PARTIES, RESCIND SIGNATURE OF ELIOT BERNSTEIN IN ESTATE OF SHIRLEY BERNSTEIN AND MORE

## EXHIBIT 4 – REVOCATION OF WAIVER OF ACCOUNTING AND PORTIONS OF PETITION FOR DISCHARGE; WAIVER OF SERVICE OF PETITION FOR DISCHARGE; AND RECEIPT OF BENEFICIARY AND CONSENT TO DISCHARGE"

## EXHIBIT 5 – FORGED AND FRAUDULENT NOTARY SIGNATURES IN SHIRLEY BERNSTEIN ESTATE

## EXHIBIT 6 – PROSKAUER ROSE INSERTED EXHIBIT 1 OF WILL OF SIMON L. BERNSTEIN

## EXHIBIT 7 – SIMON BERNSTEIN AMENDED TRUST SIGNATURE PAGE WITH DEFECIENT NOTARIZATION

## EXHIBIT 8 – JUDGE SCHEINDLIN CONFLICT OF DISCLOSURE REQUEST TO SIGN AND RETURN PRIOR TO ANY ACTION FORWARD